EXHIBIT "A"

**LAW** 553-CA-ARB-eps-14 7/16

DEAL# 248879
CUST# 104965

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number __47417__   Contract Number __788911__   R.O.S. Number _____   Stock Number __1811405__

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MALLORY M GETTY<br>8635 MELLMANOR DR APT D<br>LA MESA, CA 91942<br>COUNTY: SAN DIEGO<br>239-898-8733 | JESSE D HICKS<br>8635 MELLMANOR DR APT D<br>LA MESA, CA 91942<br><br>619-669-8673 | CARL BURGER DODGE CHRYSLER JEEP RAM WORLD<br>8355 HERCULES STREET<br>LA MESA, CA 91942<br>619-463-9321 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2018 | RAM 2500 | 21 | 3C6UR5FL4JG417857 | Personal, family or household unless otherwise indicated below.<br>☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 5.44 % | $ 13129.47 (e) | $ 64143.81 (e) | $ 77273.28 (e) | $ 77273.28 (e) |

(e) means an estimate

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 83 | 919.92 | Monthly beginning 08/07/2019 |
| N/A | N/A | N/A |
| One final payment | 919.92 | 07/07/2026 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A Mos. | $ N/A |
| Medical N/A | N/A Mos. | $ N/A |
| N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____
Co-Buyer Signs X _____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: __N/A__

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _____   Co-Buyer Signs X _____

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on page 4 of this contract giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _____   Co-Buyer X _____

Buyer Initials _____ Co-Buyer Initials _____

52954*1*CBG-FI  07/08/2019   05:37 pm
LAW 553-CA-ARB-eps-14 7/16 v2    Page 1 of 5

**ITEMIZATION OF THE AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

1. **Total Cash Price**
   A. Cash Price of Motor Vehicle and Accessories — $ 57900.00 (A)
      1. Cash Price Vehicle — $ 57900.00
      2. Cash Price Accessories — $ N/A
      3. Other (Nontaxable)
         Describe N/A — $ N/A
         Describe N/A — $ N/A
   B. Document Processing Charge (not a governmental fee) — $ 85.00 (B)
   C. Emissions Testing Charge (not a governmental fee) — $ N/A (C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) N/A — $ N/A (D1)
      2. (paid to) N/A — $ N/A (D2)
      3. (paid to) N/A — $ N/A (D3)
   E. (Optional) Surface Protection Product(s)
      1. (paid to) N/A — $ N/A (E1)
      2. (paid to) N/A — $ N/A (E2)
   F. EV Charging Station (paid to) N/A — $ N/A (F)
   G. Sales Tax (on taxable items in A through F) — $ 4928.73 (G)
   H. Electronic Vehicle Registration or Transfer Charge
      (not a governmental fee) (paid to) EVR FEE — $ 30.00 (H)
   I. (Optional) Service Contract(s)
      1. (paid to) N/A — $ N/A (I1)
      2. (paid to) N/A — $ N/A (I2)
      3. (paid to) N/A — $ N/A (I3)
      4. (paid to) N/A — $ N/A (I4)
      5. (paid to) N/A — $ N/A (I5)
   J. Prior Credit or Lease Balance (e) paid by Seller to
      Vehicle 1 _____ Vehicle 2 N/A — $ 314.33 (J)
      (see downpayment and trade-in calculation)
   K. (Optional) Debt Cancellation Agreement — $ N/A (K)
   L. (Optional) Used Vehicle Contract Cancellation Option Agreement — $ N/A (L)
   M. Other (paid to) N/A — $ N/A (M)
      For N/A
   N. Other (paid to) N/A — $ N/A (N)
      For N/A
   Total Cash Price (A through N) — $ 63258.06 (1)

2. **Amounts Paid to Public Officials**
   A. Vehicle License Fees   ESTIMATE — $ 376.00 (A)
   B. Registration/Transfer/Titling Fees — $ 244.00 (B)
   C. California Tire Fees — $ 8.75 (C)
   D. Other _____ WEIGHT FEES — $ 257.00 (D)
   Total Official Fees (A through D) — $ 885.75 (2)

3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance) — $ N/A (3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee — $ N/A (4)

5. **Subtotal** (1 through 4) — $ 64143.81 (5)

6. **Total Downpayment**
   A. Total Agreed Value of Property Being Traded-In (see Trade-In Vehicle(s)): — $ 34750.00 (A)
      Vehicle 1 $ 34750.00  Vehicle 2 $ N/A
   B. Total Less Prior Credit or Lease Balance (e) — $ 43064.33 (B)
      Vehicle 1 $ 43064.33  Vehicle 2 $ N/A
   C. Total Net Trade-In (A–B) (indicate if negative number) — $ -8314.33 (C)
      Vehicle 1 $ -8314.33  Vehicle 2 $ N/A
   D. Deferred Downpayment Payable to Seller — $ N/A (D)
   E. Manufacturer's Rebate — $ 3500.00 (E)
   F. Other N/A — $ N/A (F)
   G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card — $ 4500.00 (G)
   Total Downpayment (C through G) — $ 0.00 (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)

7. **Amount Financed** (5 less 6) — $ 64143.81 (7)

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual

---

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

I1 Company N/A
Term N/A Mos. or N/A Miles
I2 Company N/A
Term N/A Mos. or N/A Miles
I3 Company N/A
Term N/A Mos. or N/A Miles
I4 Company N/A
Term N/A Mos. or N/A Miles
I5 Company N/A
Term N/A Mos. or N/A Miles
Buyer X N/A

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.
Term N/A Mos. N/A
Debt Cancellation Agreement
I want to buy a debt cancellation agreement.
Buyer Signs X N/A

**Trade-In Vehicle(s)**
1. Vehicle 1
Year 2018 Make TOYOTA
Model TUNDRA Odometer 7556
VIN 5TFFY5F15JX243117
a. Agreed Value of Property — $ 34750.00
b. Buyer/Co-Buyer Retained Trade Equity — $ N/A
c. Agreed Value of Property
   Being Traded-In (a–b) — $ 34750.00
d. Prior Credit or Lease Balance — $ 43064.33
e. Net Trade-In (c–d) (must be ≥ 0
   for buyer/co-buyer to retain equity) — $ -8314.33
2. Vehicle 2
Year ____ Make N/A
Model N/A Odometer N/A
VIN N/A
a. Agreed Value of Property — $ N/A
b. Buyer/Co-Buyer Retained Trade Equity — $ N/A
c. Agreed Value of Property
   Being Traded-In (a–b) — $ N/A
d. Prior Credit or Lease Balance — $ N/A
e. Net Trade-In (c–d) (must be ≥ 0
   for buyer/co-buyer to retain equity) — $ N/A

Total Agreed Value of Property
Being Traded-In (1c+2c) — $ 34750.00 *
Total Prior Credit or Lease
Balance (1d+2d) — $ 43064.33 *
Total Net Trade-In (1e+2e) — $ -8314.33 *
(*See item 6A–6C in the Itemization of Amount Financed)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before N/A , Year N/A
SELLER'S INITIALS N/A

Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 4 of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.

**Buyer Signature** X _____     **Co-Buyer Signature** X _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
**WARNING:**
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____          X _____

Buyer Initials _____ Co-Buyer Initials _____

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

> **GAP LIABILITY NOTICE**
> In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional debt cancellation agreement for coverage of the gap amount may be offered for an additional charge.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.
Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property;
- The vehicle is lost, damaged or destroyed; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on page 1 of this contract, not to exceed the highest rate permitted by law, until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

service, or other contracts. If we demand that you pay all you owe at once and we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

Buyer Initials _____   Co-Buyer Initials _____

4. **WARRANTIES SELLER DISCLAIMS**
   **If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. **You agree that you will within a reasonable time notify us of any change in your name, address, or employment.**

7. **APPLICABLE LAW**
   Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

8. **WARRANTIES OF BUYER**
   You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**CREDIT DISABILITY INSURANCE NOTICE**
**CLAIM PROCEDURE**

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

| **Seller's Right to Cancel** |
|---|
| a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take some-time for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract. |
| b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle. |
| c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees. |
| d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller. |

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Initials _____ Co-Buyer Initials _____

52954*1*CBG-FI  07/08/2019   05:37 pm
LAW 553-CA-ARB-eps-14 7/16 v2    Page 4 of 5

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.

Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature ⓧ _____   Co-Buyer Signature ⓧ _____

### The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**

California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ABOVE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED IN COPY WHEN YOU SIGNED IT.

Buyer Signature ⓧ _____ Date **07/08/2019**  Co-Buyer Signature ⓧ _____ Date **07/08/2019**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X **N/A**          Address **N/A**

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

GUARANTY. To induce the Seller to sell the property to the Buyer and extend credit who signs below as Guarantor individually guarantees the payment of this contract. Please fully read any non-negotiable on this contract copy. Guarantor must pay it when owed. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's debt or for non-payment. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____N/A_____ Date __N/A__    Guarantor X ___N/A___ Date __N/A__

Address _____N/A_____    Address ___N/A___

CARL BURGER DODGE CHRYSLER JEEP RAM

Seller Signs __WORLD__ Date __07/08/2019__ By X _____ Title __FINANCE MGR.__

---

Seller assigns its interest in this contract to **CHRYSLER CAPITAL**    (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

---

Seller **CARL BURGER DODGE CHRYSLER JEEP RAM WORLD**    By _____    Title **FINANCE MANAGER**

FORM NO. 553-CA-ARB-eps-14 (REV. 7/16)
©2016 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

EXHIBIT "B"

 CT Corporation

**Service of Process Transmittal**
06/02/2021
CT Log Number 539662227

TO: Melissa Gravlin
Fca US LLC
1000 CHRYSLER DR OFC OF
AUBURN HILLS, MI 48326-2766

RE: **Process Served in California**

FOR: FCA US LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jesse Hicks, etc. and Mallory Hicks, etc., Pltfs. vs. FCA US, LLC, etc., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice(s), Information, Stipulation |
| **COURT/AGENCY:** | San Diego County - Superior Court - San Diego, CA Case # 37202100023240CUBCCTL |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2018 Dodge RAM 2500, VIN: 3C6UR5FL4JG417857 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/02/2021 at 17:15 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | DAVID N. BARRY THE BARRY LAW FIRM 11845 W. Olympic Blvd., Suite 1270 Los Angeles, CA 90064 310.684.5859 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/03/2021, Expected Purge Date: 06/08/2021 Image SOP Email Notification,  Lance Arnott  sopverification@wolterskluwer.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System 818 West 7th Street Los Angeles, CA 90017 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                          Wed, Jun 2, 2021

**Server Name:**                   Paul Biafore

| Entity Served | FCA US LLC |
|---------------|------------|
| Case Number | 37-2021-00023240-CU-BC-CTL |
| Jurisdiction | CA |



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):* | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

FCA US, LLC, A Delaware Limited Liability Company; and DOES 1
through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JESSE HICKS, an individual; MALLORY HICKS; an individual,

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**05/26/2021** at 05:41:59 PM

Clerk of the Superior Court
By Melissa Reyes, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Hall of Justice Courthouse<br><br>330 West Broadway<br>San Diego, CA 92101 | **CASE NUMBER:**<br>*(Número del Caso):*<br><br>37-2021-00023240-CU-BC-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David N. Barry, Esq. 11845 W. Olympic Blvd., Suite 1270, Los Angeles, CA 90064   (310) 684-5859

| | | | |
|---|---|---|---|
| DATE: 05/27/2021<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | M. Reyes | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |

DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, JESSE HICKS and MALLORY HICKS

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**05/26/2021** at 05:41:59 PM

Clerk of the Superior Court
By Melissa Reyes, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO – HALL OF JUSTICE COURTHOUSE

| | |
|---|---|
| JESSE HICKS, an individual;<br><br>MALLORY HICKS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 37-2021-00023240-CU-BC-CTL<br><br>**COMPLAINT FOR DAMAGES**<br><br>*Assigned for all purposes to the Hon. in Dept.* |

1. Breach of Implied Warranty of Merchantability under the Song-Beverly Consumer Warranty Act.

2. Breach of Express Warranty under the Song-Beverly Consumer Warranty Act.

JURY TRIAL DEMANDED.

**COMPLAINT FOR DAMAGES**

PLAINTIFFS JESSE HICKS, an individual, and MALLORY HICKS, an individual, hereby allege and complain as follows:

### GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1.      Defendant, FCA US, LLC is A Delaware Limited Liability Company doing business in the County of San Diego, State of California, and, at all times relevant herein, was/is engaged in the manufacture, sale, distribution, and/or importing of Dodge motor vehicles and related equipment.

2.      The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants, Does 1 through 20, inclusive, are unknown to Plaintiffs who therefore sue these Defendants by such fictitious names. Plaintiffs will seek leave to amend this Complaint to set forth their true names and capacities when they have ascertained them.  Further, Plaintiffs are informed and believe, and thereon allege, that each of the Defendants designated herein as a "Doe" is responsible in some manner for the events and happenings herein referred to and caused injury and damage to Plaintiffs as herein alleged.

3.      FCA US, LLC and Defendants, Does 1 through 20, inclusive, are collectively hereinafter referred to as "Defendants."

4.      Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, Defendants, and each of them, were the agents, servants, and/or employees of each of their Co-Defendants. Plaintiffs are informed and believe, and thereon allege, that in doing the things hereinafter alleged Defendants, and each of them, were acting in the course and scope of their employment as such agents, servants, and/or employees, and with the permission, consent, knowledge, and/or ratification of their Co-Defendants, principals, and/or employers.

5.      On or about June 8, 2019, Defendants manufactured and/or distributed into the stream of commerce a new 2018 Dodge RAM 2500, VIN 3C6UR5FL4JG417857 (hereinafter referred to as the "Vehicle") for its eventual sale/lease in the State of California.

6.      On or about July 8, 2019, Plaintiffs purchased the Vehicle for personal, family, and/or household purposes. The purchase agreement is in the possession of Defendants.

7.      The Vehicle was/is a "new motor vehicle" under the Song-Beverly Consumer

**COMPLAINT FOR DAMAGES**

Warranty Act (the "Song-Beverly Act").

8.    Along with the purchase of the Vehicle, Plaintiffs received written warranties and other express and implied warranties including, but not limited to, warranties from Defendants that the Vehicle and its components would be free from all defects in material and workmanship; that the Vehicle would pass without objection in the trade under the contract description; that the Vehicle would be fit for the ordinary purposes for which it was intended; that the Vehicle would conform to the promises and affirmations of fact made; that Defendants, and each of them, would perform any repairs, alignments, adjustments, and/or replacements of any parts necessary to ensure that the Vehicle was free from any defects in material and workmanship; that Defendants, and each of them, would maintain the utility of the Vehicle for three (3) years or 36,000 miles under the basic warranty and five (5) years or 100,000 miles under the powertrain warranty and would conform the Vehicle to the applicable express warranties. (A copy of the written warranty is in the possession of the Defendants).

9.    Plaintiffs have duly performed all the conditions on Plaintiffs' part under the purchase agreement and under the express and implied warranties given to Plaintiffs, except insofar as the acts and/or omissions of the Defendants, and each of them, as alleged herein, prevented and/or excused such performance.

10.    Plaintiffs have delivered the Vehicle to the Defendants' authorized service and repair facilities, agents and/or dealers, on at least six (6) separate occasions resulting in the Vehicle being out of service by reason of repair of nonconformities. Repair orders and/or invoices related to said repair presentations are in the possession of Defendants.

11.    By way of example, and not by way of limitation, Plaintiffs have: (a) submitted the Vehicle for defects related to wheel bearing and alignment issues; (b) inoperable USB port feature on two (2) occasions; (c) radio connection failure and freezing for an extended time on four (4) separate occasions resulting in a replacement of the radio unit. In addition Plaintiffs were forced to come back to the repair facility two times more after the replacement of the radio unit complaining that the issues are still present, and at this time, they have not been fixed.

12.    Each time Plaintiffs delivered the nonconforming Vehicle to Defendants' authorized

service and repair facility, Plaintiffs notified Defendants, and each of them, of the defects, malfunctions, misadjustments, and/or nonconformities existent with the Vehicle and demanded that Defendants or its representatives repair, adjust, and/or replace any necessary parts to conform the Vehicle to the applicable warranties.

13. Each time Plaintiffs delivered the nonconforming Vehicle to Defendants' authorized service and repair facility, Defendants, and each of them, represented to Plaintiffs that they could and would conform the Vehicle to the applicable warranties, that in fact they did conform the Vehicle to said warranties, and that all the defects, malfunctions, misadjustments, and/or nonconformities have been repaired; however, Defendants or their representatives failed to conform the Vehicle to the applicable warranties because said defects, malfunctions, misadjustments, and/or nonconformities continue to exist even after a reasonable number of attempts to repair was given.

14. The amount in controversy exceeds TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), exclusive of interest and costs, for which Plaintiffs seek judgment against Defendants, together with equitable relief. In addition, Plaintiffs seek damages from Defendants, and each of them, for incidental, consequential, exemplary, and actual damages including interest, costs, and actual attorneys' fees.

///
///
///
///
///
///
///
///
///
///
///

**COMPLAINT FOR DAMAGES**

## FIRST CAUSE OF ACTION

### Breach of Implied Warranty of Merchantability under the Song-Beverly Act

### Against all Defendants

15.　Plaintiffs reallege each and every paragraph (1-14) and incorporates them by this reference as though fully set forth herein.

16.　The distribution and sale of the Vehicle was accompanied by the Defendants' implied warranty that the Vehicle was merchantable.

17.　Furthermore, Defendants, and each of them, impliedly warranted, inter alia, that the Vehicle would pass without objection in the trade under the contract description; that the Vehicle was fit for the ordinary purposes for which it was intended; that the Vehicle was adequately assembled; and/or that the Vehicle conformed to the promises or affirmations of fact made to Plaintiffs.

18.　As evidenced by the defects, malfunctions, misadjustments, and/or nonconformities alleged herein, the Vehicle was not merchantable because it did not have the quality that a buyer would reasonably expect, because it could not pass without objection in the trade under the contract description; because it was not fit for the ordinary purposes for which it was intended; because it was not adequately assembled; and/or because it did not or could not be conformed to the promises or affirmations of fact made to Plaintiffs.

19.　Upon discovery of the Vehicle's nonconformities, Plaintiffs took reasonable steps to notify Defendants, and each of them, within a reasonable time that the Vehicle did not have the quality that a buyer would reasonably expect and, further, justifiably revoked acceptance of the nonconforming Vehicle.

20.　Plaintiffs hereby give written notice and justifiably revokes acceptance of the nonconforming Vehicle under the Commercial Code sections 2607 and 2608. Plaintiffs further demand that Defendants cancel the sale, take back the nonconforming Vehicle, refund all the money expended, pay the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted, and/or pay damages under the Commercial Code sections 2711, 2714, and 2715. Defendants, and each of them, have, however, refused to

1    comply.

2        21.    Plaintiffs hereby give written notice and make demand upon Defendants for

3    replacement or restitution, pursuant to the Song-Beverly Act.  Defendants, and each of them, knew

4    of their obligations under the Song-Beverly Act; however, despite Plaintiffs' demand, Defendants

5    and each of them, have intentionally failed and refused to make restitution or replacement pursuant

6    to the Song-Beverly Act.

7        22.    As a result of the acts and/or omissions of the Defendants, and each of them,

8    Plaintiffs have sustained damage in the amount actually paid or payable under the contract, plus

9    prejudgment interest thereon at the legal rate.  Plaintiffs will seek leave to amend this Complaint to

10   set forth the exact amount thereof when that amount is ascertained.

11       23.    As a further result of the actions of Defendants, and each of them, Plaintiffs have

12   sustained incidental and consequential damages in an amount yet to be determined, plus interest

13   thereon at the legal rate.  Plaintiffs will seek leave to amend this Complaint to set forth the exact

14   amount of incidental damages when that amount is ascertained.

15       24.    As a further result of the actions of Defendants, and each of them, Plaintiffs have

16   sustained damages equal to the difference between the value of the Vehicle as accepted and the

17   value the Vehicle would have had if it had been as warranted.

18       25.    As a direct result of the acts and/or omissions of Defendants, and each of them, and

19   in pursuing Plaintiffs' claim, it was necessary for Plaintiffs to retain legal counsel. Pursuant to the

20   Song-Beverly Act, Plaintiffs, in addition to other remedies, are entitled to the recovery of

21   attorneys' fees based upon actual time expended and reasonably incurred, in connection with the

22   commencement and prosecution of this action.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-6-

**COMPLAINT FOR DAMAGES**

## **SECOND CAUSE OF ACTION**

### **Breach of Express Warranty under the Song-Beverly Act**

### **Against all Defendants**

26.     Plaintiffs reallege each and every paragraph (1-25) and incorporates them by this reference as though fully set forth herein.

27.     The Vehicle had defects, malfunctions, misadjustments, and/or nonconformities covered by the warranty that substantially impaired its value, use, or safety to Plaintiffs.

28.     Plaintiffs delivered the Vehicle to Defendants or their authorized repair facilities for repair.

29.     Defendants, and each of them, failed to service or repair the Vehicle to match the written warranty after a reasonable number of opportunities to do so.

30.     The acts and/or omissions of Defendants, and each of them, in failing to perform the proper repairs, part replacements, and/or adjustments, to conform the Vehicle to the applicable express warranties constitute a breach of the express warranties that Defendants provided to Plaintiffs, thereby breaching Defendants' obligations under the Song-Beverly Act.

31.     Defendants, and each of them, failed to perform the necessary repairs and/or service in good and workmanlike manner. The actions taken by Defendants, and each of them, were insufficient to make the Vehicle conform to the express warranties and/or proper operational characteristics of like Vehicles, all in violation of Defendants' obligations under the Song-Beverly Act.

32.     Plaintiffs hereby give written notice and make demand upon Defendants for replacement or restitution, pursuant to the Song-Beverly Act. Defendants and each of them, knowing their obligations under the Song-Beverly Act, and despite Plaintiffs' demand, failed and refused to make restitution or replacement according to the mandates of the Song-Beverly Act. The failure of Defendants, and each of them, to refund the price paid and payable or to replace the Vehicle was intentional and justifies an award of a Civil Penalty in an amount not to exceed two times Plaintiffs' actual damages.

33.     As a result of the acts and/or omissions of Defendants, and each of them, and

pursuant to the provisions of the Song-Beverly Act, Plaintiffs are entitled to replacement of the Vehicle or restitution of the amount actually paid or payable under the contract, at Plaintiffs' election, plus prejudgment interest thereon at the legal rate. Plaintiffs will seek leave of Court to amend this Complaint to set forth the exact amount of restitution and interest, upon election, when that amount has been ascertained.

34.    Additionally, as a result of the acts and/or omissions of Defendants, and each of them, and pursuant to the Song-Beverly Act, Plaintiffs have sustained and are entitled to consequential and incidental damages in amounts yet to be determined, plus interest thereon at the legal rate. Plaintiffs will seek leave of the court to amend this complaint to set forth the exact amount of consequential and/or incidental damages, when those amounts have been ascertained.

35.    As a direct result of the acts and/or omissions of Defendants, and each of them, and in pursuing Plaintiffs' claim, it was necessary for Plaintiffs to retain legal counsel. Pursuant to the Song-Beverly Act, Plaintiffs, in addition to other remedies, are entitled to the recovery of attorneys' fees based upon actual time expended and reasonably incurred, in connection with the commencement and prosecution of this action.

///
///
///
///
///
///
///
///
///
///
///
///
///

**COMPLAINT FOR DAMAGES**

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against all Defendants, and each of them, as follows:

      A. For replacement or restitution, at Plaintiffs' election, according to proof;

      B. For incidental damages, according to proof;

      C. For consequential damages, according to proof;

      D. For a civil penalty as provided in the Song-Beverly Act, in an amount not to exceed two times the amount of Plaintiffs' actual damages;

      E. For actual attorney's fees, reasonably incurred;

      F. For costs of suit and expenses, according to proof;

      G. For the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted;

      H. For remedies provided in Chapters 6 and 7 of Division 2 of the Commercial Code;

      I. For pre-judgment interest at the legal rate;

      J. Such other relief the Court deems appropriate.

Date:   May 21, 2021           THE BARRY LAW FIRM

By: _____
      DAVID N. BARRY, ESQ.
      Attorney for Plaintiffs,
      JESSE HICKS and
      MALLORY HICKS

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| DIVISION: | Central |
| TELEPHONE NUMBER: | (619) 450-7067 |

| PLAINTIFF(S) / PETITIONER(S): | Jesse Hicks et.al. |
|---|---|

| DEFENDANT(S) / RESPONDENT(S): | FCA US LLC |
|---|---|

HICKS VS FCA US LLC [IMAGED]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: |
|---|---|
| | 37-2021-00023240-CU-BC-CTL |

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge:  Eddie C Sturgeon                                                   Department: C-67

## COMPLAINT/PETITION FILED: 05/26/2021

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 03/25/2022 | 10:30 am | C-67 | Eddie C Sturgeon |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.** Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

<u>TIME FOR SERVICE AND RESPONSE:</u> The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

<u>JURY FEES:</u> In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

<u>COURT REPORTERS:</u> Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for information.

<u>ALTERNATIVE DISPUTE RESOLUTION (ADR):</u> The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

# NOTICE OF E-FILING REQUIREMENTS
# AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150. Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2021-00023240-CU-BC-CTL        CASE TITLE: Hicks vs FCA US LLC [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
        (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
        (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), _and_
        (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

### Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

### Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:**  A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:**  A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:**  A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute.  Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:**  There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.  Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

## Local ADR Programs for Civil Cases

**Mediation:**  The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection:  Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:**  The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience.  Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost.*

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 330 West Broadway | |
| MAILING ADDRESS: 330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME: Central | |

| PLAINTIFF(S): Jesse Hicks et.al. |
|---|

| DEFENDANT(S): FCA US LLC |
|---|

| SHORT TITLE: HICKS VS FCA US LLC [IMAGED] |
|---|

| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER: 37-2021-00023240-CU-BC-CTL |
|---|---|

Judge: Eddie C Sturgeon                                    Department: C-67

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process.  Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                    ☐ Non-binding private arbitration

☐ Mediation (private)                                  ☐ Binding private arbitration

☐ Voluntary settlement conference (private)   ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                      ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (*specify e.g., private mini-trial, private judge, etc.*): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: *(Name)* _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____                    Date: _____

_____                  _____
Name of Plaintiff                                          Name of Defendant

_____                  _____
Signature                                                    Signature

_____                  _____
Name of Plaintiff's Attorney                            Name of Defendant's Attorney

_____                  _____
Signature                                                    Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385.  Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 05/27/2021                                        _____
                                                               JUDGE OF THE SUPERIOR COURT

EXHIBIT "C"

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
06/24/2021 at 04:57:00 PM
Clerk of the Superior Court
By Carolina Miranda, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA – COUNTY OF SAN DIEGO
CENTRAL DISTRICT
UNLIMITED JURISDICTION

| | |
|---|---|
| JESSE HICKS, an individual; MALLORY HICKS, an individual, | ) Case No: 37-2021-00023240-CU-BC-CTL ) Judge: Eddie C. Sturgeon ) Dept.: C-67 |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive | ) **FCA US LLC'S ANSWER TO COMPLAINT** ) ) ) |
| Defendants. | ) ) Complaint Filed: May 26, 2021 ) Trial Date: None |

Defendant, FCA US LLC hereby responds to Plaintiffs' Complaint herein, as follows.

### GENERAL DENIAL

1.    Pursuant to California Code of Civil Procedure § 431.30, Defendant herein denies each and every allegation in the Complaint and further denies that Plaintiffs have been damaged in any sum whatsoever.

///

///

1

FCA US LLC'S ANSWER TO COMPLAINT

**FIRST AFFIRMATIVE DEFENSE**

**(Failure To State A Cause Of Action)**

2.   Plaintiffs' Complaint, and each cause of action and count thereof, fails to state sufficient facts to constitute a cause of action against this answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Disclaimer of Warranties)**

3.   Plaintiffs' cause of action for breach of express warranty and incidental and consequential damages is barred by the express disclaimers and limitations of liability contained in the alleged express warranties.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

4.   Any cause of action alleged in the Complaint is barred by the statutes of limitations contained in the Code of Civil Procedure, specifically § 337**,** 338, 338.1, 339, 340, 343, Civil Code § 1783, Business and Professions Code §17208, and Commercial Code § 2725.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

5.   If Plaintiffs sustained any damages as alleged in the Complaint, that damage was proximately caused and contributed to by Plaintiffs in failing to mitigate damages.  Plaintiffs' failure to mitigate damages diminishes any recovery herein.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure of Performance)**

6.   Defendant is informed and believes and based thereon alleges that any failure to perform the obligations as described in the Complaint resulted from Plaintiffs' failure to perform as

2

1  required by the contract and/or warranty.  Performance on Plaintiffs'

2  part of their obligations was a condition precedent to the

3  performance of Defendant's obligations.

4  <div align="center">**SIXTH AFFIRMATIVE DEFENSE**</div>

5  <div align="center">**(Alteration of Product)**</div>

6       7.   The vehicle was not defective or in an unmerchantable

7  condition at any time when it left the possession, custody and

8  control of the manufacturer.  Any damage to the vehicle was caused

9  and created by changes and alterations made to the vehicle,

10 subsequent to the vehicle's manufacture and/or sale by persons other

11 than the manufacturer or any of its agents, servants, or employees,

12 thereby barring Plaintiffs' recovery herein.

13 <div align="center">**SEVENTH AFFIRMATIVE DEFENSE**</div>

14 <div align="center">**(Failure to State Cause of Action for Civil Penalties)**</div>

15      8.   The Complaint fails to state sufficient facts to warrant

16 the imposition of civil penalties because it was believed that

17 replacement or repurchase of the subject vehicle was not appropriate

18 under the circumstances then known.

19 <div align="center">**EIGHTH AFFIRMATIVE DEFENSE**</div>

20 <div align="center">**(Abuse or Failure to Maintain)**</div>

21      9.   The Plaintiffs are barred from recovery by virtue of Civil

22 Code § 1794.3 since the claimed defect or nonconformity was caused by

23 the unauthorized or unreasonable use of the vehicle following sale.

24 <div align="center">**NINTH AFFIRMATIVE DEFENSE**</div>

25 <div align="center">**(Civil Code § 1791.1(c)-Implied Warranty)**</div>

26      10.  Each and every cause of action based upon breach of implied

27 warranty is barred by virtue of Civil Code § 1791.1(c).

28

<div align="center">3</div>

1

### TENTH AFFIRMATIVE DEFENSE

2

### (Failure to Provide Reasonable Opportunity to Repair)

3  11. Plaintiffs are precluded from any recovery pursuant to the

4 Song-Beverly Consumer Warranty Act as Plaintiffs failed and refused

5 to provide a reasonable opportunity to repair.

6

### ELEVENTH AFFIRMATIVE DEFENSE

7

### (Qualified Third Party Dispute Resolution Process)

8  12. Defendant maintains a third party dispute resolution

9 process which substantially complies with Civil Code § 1793.22.

10 Defendant is informed and believes, and based thereon alleges, that

11 Plaintiffs received timely and appropriate notice of the availability

12 of the process.  Plaintiffs are therefore barred from asserting the

13 presumptions set forth in Civil Code § 1793.22 and from recovering

14 civil penalties pursuant to Civil Code § 1794(e).

15

### TWELFTH AFFIRMATIVE DEFENSE

16

### (Failure to Provide Notice)

17  13. Defendant is informed and believes, and based thereon

18 alleges, that Plaintiffs failed to provide notice to this answering

19 defendant pursuant to Civil Code § 1794(e)(3).  Plaintiffs are

20 therefore barred from asserting the presumptions set forth in Civil

21 Code § 1793.22 and from recovering civil penalties pursuant to Civil

22 Code § 1794(e).

23

### THIRTEENTH AFFIRMATIVE DEFENSE

24

### (Due Process)

25  14. The civil penalty provisions of Civil Code § 1794(c) and

26 (e) violate the Due Process clause of the United States Constitution

27 and the California Constitution.

28

4

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (Revocation Not Effective)

15.  Any purported revocation of acceptance was not made within a reasonable time nor before a substantial change in the condition of the vehicle which was not caused by any alleged defects.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Conduct not Willful)

16.  FCA US LLC did not willfully fail to comply with any obligation set forth in the Song-Beverly Consumer Warranty Act. Therefore, Plaintiffs are not entitled to recover civil penalties.

### PRAYER

WHEREFORE, Defendant FCA US LLC prays as follows:

1.  That Plaintiffs takes nothing by way of their Complaint on file herein;

2.  That judgment be entered in favor of Defendant for attorney fees and costs of suit; and,

3.  For such other and further relief as the Court may deem just and proper.


Dated:  June 24, 2021                GATES, GONTER, GUY,
                                     PROUDFOOT & MUENCH, LLP


                               By: _____
                                     MATTHEW M. PROUDFOOT
                                     Attorneys for Defendants FCA US LLC

FCA US LLC'S ANSWER TO COMPLAINT

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

    On **June 24, 2021**, I served the foregoing document described as **FCA US LLC'S ANSWER TO COMPLAINT** on the interested parties in this action as set forth on the attached service list in the following manner:

( )            **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )            **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )            **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )            **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

(XXX)        **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to **eserviceFCA@mylemonrights.com; dbarry@mylemonrights.com; equinn@mylemonrights.com; lpascal@mylemonrights.com; cshumake@mylemonrights.com; mhoerman@mylemonrights.com; ahernandez@mylemonrights.com; jdaniels@mylemonrights.com; asmith@mylemonrights.com** pursuant to Civil Procedure §1010.6(a)

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **June 24, 2021**, at Irvine, California.

_____
Heidi Dufour

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
<u>SERVICE LIST</u>

**ATTORNEY FOR PLAINTIFF**
David N. Barry
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Tel: 310-684-5859
Fax: 310-862-4539

<div align="center">

1

PROOF OF SERVICE

</div>

<div style="writing-mode: vertical">

Gates, Gonter, Guy,
Proudfoot & Muench LLP
38 Discovery, Suite 200
Irvine, CA 92618
(949) 753-0255

</div>

EXHIBIT "D"

10-K 1 fcausllc-2014123110k.htm FCA US 12.31.14 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 10-K

**(Mark One)**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2014

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from            to
Commission file number 000-54282

# FCA US LLC

**(Exact name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **DELAWARE** | **27-0187394** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **1000 Chrysler Drive** | |
| **Auburn Hills, Michigan** | **48326** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(248) 512-2950**
*(Registrant's Telephone Number, Including Area Code)*

**Chrysler Group LLC**
*(Former name or former address, if changed since last report)*

**Securities registered pursuant to Section 12(b) of the Act:**
None
**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K, or any amendment to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

There is no public market for our equity securities. As of March 4, 2015, there were 1,632,654 Membership Interests issued and outstanding.

The registrant meets the conditions set forth in General Instruction I(2)(a) and (c) of Form 10-K and is therefore filing this form with certain reduced disclosures as permitted by those instructions.

### DOCUMENTS INCORPORATED BY REFERENCE
**None.**

EXHIBIT "E"

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HICKS, an individual;<br>MALLORY HICKS, an individual<br><br>          Plaintiffs,<br>vs.<br><br>FCA US LLC, a Delaware<br>Limited Liability Company;<br>and DOES 1 through 20,<br>inclusive<br><br>          Defendants. | Case No:<br>Judge:<br>Courtroom:<br><br>**DEFENDANT FCA US LLC'S NOTICE<br>OF INTERESTED PARTIES<br>PURSUANT TO LOCAL RULE 7.1-1** |

     The undersigned, counsel of record for DEFENDANT FCA US
LLC, certifies that the following listed party (or parties)
may have a direct, pecuniary interest in the outcome of
this case. These representations are made to enable the
Court to evaluate possible disqualifications or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| JESSE HICKS | Plaintiff, Party to Action |
| MALLORY HICKS | Plaintiff, Party to Action |
| BARRY LAW FIRM | Attorney for Plaintiffs |

1

| PARTY | CONNECTION/INTEREST |
|---|---|
| FCA US LLC | Defendant is a Delaware limited liability company with its principal place of business at 1000 Chrysler Drive, Auburn Hills, MI 48326 and is not publicly owned. It is one hundred percent owned by FCA North America Holdings LLC, a Delaware limited liability company. |
| FCA North America Holdings LLC | FCA North American Holdings LLC is a Delaware limited liability company with its principal place of businesss at 1000 Chrysler Drive, Auburn Hills, MI 48326 and is one hundred percent owned by FCA Holdco B.V., a company organized under the laws of the Netherlands. |

2

DEFENDANT FCA US LLC'S NOTICE OF INTERESTED PARTIES
PURSUANT TO LOCAL RULE 7.1-1

| PARTY | CONNECTION/INTEREST |
|---|---|
| FCA Holdco B.V. | FCA Holdco B.V. is a company organized under the laws of the Netherlands with its principal place of business at Singaporestraat 921175 RA Lijnden, Netherlands. FCA Holdco B.V. is one hundred percent owned by Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.), which is a publicly traded company organized under the laws of the Netherlands. |
| Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.) | Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.) is a publicly traded company organized under the laws of the Netherlands with its principal place of business at Singaporestraat 92 1175 RA Lijnden, Netherlands. |
| GATES, GONTER, GUY, PROUDFOOT & MUENCH | Attorney for Defendant |

Dated:   June 29, 2021        GATES, GONTER, GUY,
                              PROUDFOOT & MUENCH, LLP

                        By: _____
                             MATTHEW M. PROUDFOOT
                             Attorneys for Defendants FCA US
                             LLC

---

DEFENDANT FCA US LLC'S NOTICE OF INTERESTED PARTIES
PURSUANT TO LOCAL RULE 7.1-1

<div style="writing-mode: vertical">Gates, Gonter, Guy,<br>Proudfoot & Muench LLP<br>38 Discovery, Suite 200<br>Irvine, CA 92618<br>(949) 753-0255</div>

1    <u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

2    STATE OF CALIFORNIA, COUNTY OF ORANGE

3        I am employed in the County of Orange, State of California.  I am over the
     age of 18 and not a party to the within action; my business address is Gates,
4    Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine,
     CA  92618.

5        On **June 29, 2021**, I served the foregoing document described as **DEFENDANT FCA
     US LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** on the
6    interested parties in this action as set forth on the attached service list in the
     following manner:

7

8    (  )            **BY MAIL.**  I am familiar with this firm's practice of collection
                     and processing correspondence for mailing with the United States
9                    Postal Service, and that the correspondence shall be deposited
                     with the United States Postal Service on the same day in the
10                   ordinary course of business pursuant to Code of Civil Procedure
                     §1013a.  I am aware that on a motion of party served, service is
11                   presumed invalid if postal cancellation date or postage meter date
                     is more than one day after date of deposit for mailing affidavit.

12   (  )            **BY FACSIMILE.**  In addition to service by mail as set forth above, a
                     copy of said document(s) was also delivered by facsimile transmission
13                   to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

14   (  )            **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to
                     be hand-delivered to the addressee(s) via a California registered
15                   process server pursuant to Code of Civil Procedure §1011.

16   (  )            **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a
                     box or other facility regularly maintained by the express service
17                   carrier providing overnight delivery pursuant to Code of Civil
                     Procedure §1013(c).

18

19   (XXX)           **BY ELECTRONIC MAIL.**  I caused said document(s) to be served
                     electronically to **eserviceFCA@mylemonrights.com;**
20                   **dbarry@mylemonrights.com; equinn@mylemonrights.com;**
                     **lpascal@mylemonrights.com; cshumake@mylemonrights.com;**
21                   **mhoerman@mylemonrights.com; ahernandez@mylemonrights.com;**
                     **jdaniels@mylemonrights.com; asmith@mylemonrights.com**  pursuant to
22                   Civil Procedure §1010.6(a)

23       I declare under penalty of perjury under the laws of the State of California
     that the foregoing is true and correct and that this declaration was executed on
24   **June 29, 2021**, at Irvine, California.

25                                              _____
                                                     Heidi Dufour
26   *******************************************************************************
                                     SERVICE LIST
27   **ATTORNEY FOR PLAINTIFF**
     David N. Barry
28   THE BARRY LAW FIRM
     11845 W. Olympic Blvd., Suite 1270
     Los Angeles CA 90064
     Tel: 310-684-5859
     Fax: 310-862-4539

                                        1
                                <u>PROOF OF SERVICE</u>

EXHIBIT "F"

CUSTOMER #: 1811405       **551636**       **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD

ACCOUNTING

8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942       PAGE 1
HOME:239-898-8733 CONT:239-898-8733
BUS:      CELL:239-898-8733     SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 13MAY21 |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 08:18 13MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

A CUSTOMER RETURNING FOR FURTHER DIAGN. WITH USB PORT NOT CONNECTING
     WITH CELL PHONE
CAUSE: E
    08 INSPECT ELECTRICAL SYSTEM
       389 FANGMAN,JAMES LIC#: 7624
        IHOME 0.34 0.00    0     0            0.00    0.00
30192 WIRING INSIDE OF SEAT STORAGE CONSOLE IS SHORTED ORDERED
STORAGE CONSOLE (JF)
B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
      COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
      PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
      SUCCESSFULLY COMPLETED.
    TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
       PLACARD, IN ADDITION COMPLETION OF THIS
       ASSURES THAT THE REPAIRS AND SERVICES
       PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED
       TECHNICIAN AND SUCCESSFULLY COMPLETED.
       389 FANGMAN,JAMES LIC#: 7624
        IHOME 0.00 0.00    0     0            0.00    0.00
30192 SET ALL TIRE PRESSURES TO THE DOOR PLACARD.
C PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE
      FLUID CONDITION AND LEVELS
    2600 PERFORM VISUAL VEHICLE INSPECTION PER CHECK
       SHEET, INSPECT AND ADVISE FLUID CONDITION
       AND LEVELS
       389 FANGMAN,JAMES LIC#: 7624
        IHOME 0.00 0.00    0     0            0.00    0.00
D *****RENTAL CAR DURING REPAIRS*****
CAUSE: E
    R *****RENTAL CAR DURING REPAIRS*****
       389 FANGMAN,JAMES LIC#: 7624
        ISR 0.00 0.00    0     0            0.00    0.00
SUBL RENTAL PO#289356
        ISR     13833     13833          138.33   138.33

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone<br>☐ Fax (See Attached)<br>☐ E-mail (See Attached) | We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone<br>☐ Fax (See Attached)<br>☐ E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| ☐ Tire pressure check/inflation service was performed. | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | WASTE DISPOSAL COSTS * | |
| RF____psi LF____psi RR____psi LR____psi | | | | | | TOTAL CHARGES | |
| ☐ Customer declined tire pressure check/inflation service. Initials____ | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect any replaced parts as requested by you. | | | | | | SALES TAX | |
| DATE   CUSTOMER SIGNATURE   AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY" - CALIFORNIA - 99963    B.A.R. REG.# ARD-263137      EPA# 90-0524885

**ACCOUNTING COPY**

CUSTOMER #: 1811405        **551636**        **CARL BURGER**

DODGE · CHRYSLER · JEEP · RAM WORLD

ACCOUNTING

8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942        PAGE 2
HOME:239-898-8733 CONT:239-898-8733
BUS:        CELL:239-898-8733        **SERVICE ADVISOR:** 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 13MAY21 |

| R.O. OPENED | READY | | | | |
|---|---|---|---|---|---|
| 09:31 04MAY21 | 08:18 13MAY21 | OPTIONS: SOLD-STK:1811405 DLR:NONE | | | |

ENG:6.7_Liter_Turbo
TRN:DG7_6-Spd_Automatic_68RFE_Transmission

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST     NET     TOTAL

WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CONTACT PHIL CAUDILLO AT
(619)667-8265
THANK YOU AGAIN FOR YOUR BUSINESS

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 05-04-21 | 12:40 | 12:40 | 0.00 | W | 389 | B | |
| | 12:40 | 12:40 | 0.00 | W | 389 | C | |
| | 12:41 | 12:41 | 0.00 | W | 389 | D | |
| | 12:41 | 13:01 | 0.34 | DW | 389 | A | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 55400 | 0 | 0 | | 55600 | 13833 | 13833 | |
| 34301 | 0 | ******* | | 34601 | 13833 | ******* | |

COST, SALE, & COMP TOTALS    13833    13833       0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
   RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.    Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect) any replaced parts as requested by you.

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\* HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - S12C - "LIMITED WARRANTY" - CALIFORNIA - 99960    B.A.R. REG.# ARD-263137    EPA# 90-0524885

ACCOUNTING COPY

CUSTOMER #: 1811405

551636

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD

ACCOUNTING

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733
BUS:                CELL:239-898-8733

8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

PAGE 2

SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 13MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 08:18 13MAY21 | ENG:6.7_Liter_Turbo |

TRN:DG7 6-Spd Automatic 68RFE Transmission

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE    COMP    LIST    NET    TOTAL

WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CONTACT PHIL CAUDILLO AT
(619)667-8265
THANK YOU AGAIN FOR YOUR BUSINESS

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 05-04-21 | 12:40 | 12:40 | 0.00 | W | 389 | B | |
| | 12:40 | 12:40 | 0.00 | W | 389 | C | |
| | 12:41 | 12:41 | 0.00 | W | 389 | D | |
| | 12:41 | 13:01 | 0.34 | DW | 389 | A | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 55400 | 0 | 0 | | 55600 | 13833 | 13833 | |
| 34301 | 0 | ****** | | 34601 | 13833 | ****** | |

COST, SALE, & COMP TOTALS    13833    13833    0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.      Initials____

By signing below, you acknowledge that you were notified of and authorized the
Dealership to perform the services/repairs itemized in this Invoice and that you received
(or had the opportunity to inspect) any replaced parts as requested by you.

DATE____
CUSTOMER SIGNATURE

AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC (0142 9/24/14)

CUSTOMER #: 1811405

**551636**

ACCOUNTING

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733
BUS:                CELL:239-898-8733

PAGE 1

SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 13MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 08:18 13MAY21 | ENG:6.7_Liter_Turbo |

TRN:DG7_6-Spd_Automatic_68RFE_Transmission

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

A CUSTOMER RETURNING FOR FURTHER DIAGN. WITH USB PORT NOT CONNECTING
    WITH CELL PHONE
CAUSE: E
    08 INSPECT ELECTRICAL SYSTEM
        389 FANGMAN,JAMES LIC#: 7624
           IHOME  0.34  0.00      0      0          0.00      0.00
  30192 WIRING INSIDE OF SEAT STORAGE CONSOLE IS SHORTED ORDERED
STORAGE CONSOLE (JF)
B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
        COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
        PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
        SUCCESSFULLY COMPLETED.
    TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
        PLACARD, IN ADDITION COMPLETION OF THIS
        ASSURES THAT THE REPAIRS AND SERVICES
        PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED
        TECHNICIAN AND SUCCESSFULLY COMPLETED.
        389 FANGMAN,JAMES LIC#: 7624
           IHOME  0.00  0.00      0      0          0.00      0.00
  30192 SET ALL TIRE PRESSURES TO THE DOOR PLACARD.
C PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE
    FLUID CONDITION AND LEVELS
    2600 PERFORM VISUAL VEHICLE INSPECTION PER CHECK
        SHEET, INSPECT AND ADVISE FLUID CONDITION
        AND LEVELS
        389 FANGMAN,JAMES LIC#: 7624
           IHOME  0.00  0.00      0      0          0.00      0.00
D *****RENTAL CAR DURING REPAIRS*****
CAUSE: E
    R *****RENTAL CAR DURING REPAIRS*****
        389 FANGMAN,JAMES LIC#: 7624
          ISR  0.00  0.00      0      0          0.00      0.00
SUBL RENTAL PO#289356
          ISR        13833  13833          138.33    138.33

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| RF___psi LF___psi RR___psi LR___psi | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | WASTE DISPOSAL COSTS * | |
| ☐ Customer declined tire pressure check/inflation service. Initials___ | | | | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405       **551636**       **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

*ACCOUNTING*

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942         PAGE 2
HOME:239-898-8733  CONT:239-898-8733 ** PRE-INVOICE **
BUS:        CELL:239-898-8733  SERVICE ADVISOR:  640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | OP | | 07MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 11:44 07MAY21 | ENG:6.7 Liter Turbo |

TRN:DG7 6-Spd Automatic 68RFE Transmission

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | 0 | TPARTS | | |
| | | | | | | 0 | | 0 | TLABOR | | |

SUBL RENTAL PO#289356
            WN         3500     3500             35.00      35.00
WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CONTACT PHIL CAUDILLO AT
(619)667-8265
THANK YOU AGAIN FOR YOUR BUSINESS

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 05-04-21 | 12:40 | 12:40 | 0.00 | W | 389 | B | |
| | 12:40 | 12:40 | 0.00 | W | 389 | C | |
| | 12:41 | 12:41 | 0.00 | W | 389 | D | |
| | 12:41 | 13:01 | 0.34 | DW | 389 | A | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 55200 | 0 | 0 | | 55400 | 0 | 0 | |
| 55700 | 3500 | 3500 | | 11600 | 3500 | ******* | |
| 34301 | 0 | ******* | | | | | |

COST, SALE, & COMP TOTALS     3500     3500       0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | LABOR AMOUNT | 0.00 |
| Revised Estimate $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | PARTS AMOUNT | 0.00 |
| | | | | | | GAS, OIL, LUBE | 0.00 |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | 0.00 |
| RF___psi LF___psi RR___psi LR___psi | | | | | | WASTE DISPOSAL COSTS * | 0.00 |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | TOTAL CHARGES | 0.00 |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | 0.00 |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | SALES TAX | 0.00 |
| | | | | | | PLEASE PAY THIS AMOUNT | 0.00 |

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

B.A.R. REG # ARD-263137      EPA# 90-0524885

CUSTOMER #: 1811405

**551636**

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
mally177@gmail.com
HOME:239-898-8733  CONT:239-898-8733
BUS:           CELL:239-898-8733

WORKORDER

PAGE 1

B.A.R. REG.# ARD-263137          EPA# 90-0524885

SERVICE ADVISOR: 640 GAITAN,GABRIEL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | | 3C6UR5FL4JG417857 | | 30192/ | T2250 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | |

| R.O. OPENED | | READY | OPTIONS:  SOLD-STK:1811405 DLR:NONE |
|---|---|---|---|
| 04MAY2021 09:31 | | | ENG:6.7_Liter_Turbo |
| | | | TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | 08 | | WN | CUSTOMER RETURNING FOR FURTHER DIAGN. WITH USB PORT NOT CONNECTING WITH CELL PHONE |
| # B | TP | | IHOME | INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND SUCCESSFULLY COMPLETED. |
| # C | 2600 | | IHOME | PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE FLUID CONDITION AND LEVELS |
| # D | R | | WN | *****RENTAL CAR DURING REPAIRS***** |

EPA - CAD981368566

EPA - CAD981368566

P #
289356

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.**
**TEARDOWN/REASSEMBLY:** If you authorize teardown of the vehicle or commencement of repairs, but do not authorize completion of a repair or service, a charge may be imposed for teardown, reassembly or partially completed work and you agree to pay the same.
It is necessary to disassemble the vehicle to provide an estimated price for repairs. The estimated teardown and reassembly charge (including parts and labor) is $_____.
The maximum time for reassembly will be _____ X _____.
You understand that disassembly may prevent restoration of the vehicle to its former condition.
X _____
☐ **SUBLET REPAIRS:** Some repairs must be sublet due to the type of service required. The location will be disclosed upon request.
**PAYMENT TERMS:** I agree to pay for all labor and materials in Cash or approved credit card (unless the Dealership agrees to other payment arrangements in advance) simultaneously with delivery of the vehicle to me or 3 days after receiving notice that the vehicle is ready to be picked up. An express mechanics lien is hereby acknowledged on the vehicle to secure the cost of labor, materials, storage and/or towing charges. I understand that a storage charge equal to $_____ will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 days from the date I am notified that the repairs have been completed or after the communication of an estimate if I fail to authorize repairs.
**POWER-OF-ATTORNEY:** I hereby appoint the Dealership as my attorney-in-fact and authorize it to sign my name upon any checks, drafts or other forms of payment issued in payment of this Repair Order. X _____
**By Signing Below:** I agree that: (1) I have read this Repair Order and I authorize the completion of the services/repairs listed above in accordance with the terms and conditions herein; (2) the Dealership is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control; (3) the Dealership may operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle; and (4) I authorize the retrieval of on-board data as needed to facilitate vehicle repairs and the sharing of that data with the vehicle manufacturer for diagnostic or research purposes.
Customer _____ Date _____
DealerCAR _____

**PARTS: All parts are new unless otherwise indicated.** Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. You may inspect all parts removed from the vehicle upon request. If our Dealership does not have to return the parts to the manufacturer or distributor under a warranty arrangement and they are not exempt due to their size, weight or other factors, they will be returned to you upon request.
☐ Some Parts Not Returnable ☐ Please Save Replaced Parts
**ESTIMATE: PLEASE CHOOSE THE KIND OF ESTIMATE YOU WANT TO RECEIVE BY INITIALING BESIDE ONE OF THE FOLLOWING CHOICES AND INDICATE THE BEST WAY TO CONTACT YOU IF NECESSARY.**
____ WRITTEN ESTIMATE  ____ ORAL ESTIMATE  ____ ELECTRONIC EST.
By Telephone at: _____ By Fax to: _____
By E-Mail to: _____
PRELIMINARY ESTIMATE $ _____
**DESIGNATION OF PERSON TO AUTHORIZE ADDITIONAL WORK OR PARTS.**
I hereby designate the named below to authorize any additional work not specified or parts not included in the original written estimated price for parts and labor:
Name of Designee: _____ Phone Number: _____
Fax Number: _____ E-Mail Address: _____
Customer: _____ Date: _____

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |

I acknowledge notice and oral approval of an increase in the original estimated price.

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK**

# VIP Summary Report

**Dealer:** 41080 - CARL BURGER DODGE CHRYSLER JEEP RAM WORLD      **Date:** May 4, 2021   **Time:** 12:31:17

**VIN:** 3C6UR5FL4JG417857          **Dealer Entered Name:** MALL          **Dealer Entered Odometer:** 30,192 miles

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

---

## Warning Messages

**!! ATTENTION !! THIS VEHICLE MAY HAVE HAD  6 VISITS,  9 DAYS DOWN AND  3 REPEAT REPAIRS. SERVICE PERSONNEL SHOULD NOTIFY DEALERSHIP SERVICE MANAGEMENT AND ENGAGE FCA SERVICE AND PARTS RESOURCES.**

**THIS VEHICLE HAS RETURNED FOR SERVICE WITHIN 90 DAYS**

**THE OWNER'S NAME ENTERED (MALL) DOES NOT MATCH CORPORATE RECORDS. VEHICLE PROTECTION OFFERS WILL NOT BE DISPLAYED UNLESS THE OWNER'S NAME MATCHES.**

**THE OWNER NAME ENTERED (MALL) DOES NOT MATCH THE VEHICLE OWNER DATABASE.**

## Vehicle Restrictions - No Vehicle Restriction

## Vehicle Service Information

| | | | |
|---|---|---|---|
| **Year/Model:** | 2018 RAM 2500 LARAMIE CREW CAB 4X4 | **Last Odometer:** | 25,050  miles on March 16, 2021 |
| **Body Style:** | DJ7P91 | **In-Service Date:** | July 8, 2019 |
| **Engine:** | ETK-6.7L I6 Cummins Turbo Diesel Engine | **In-Service Odometer:** | 21 miles |
| **Transmission:** | DG7-6-Spd Automatic 68RFE Transmission | **Odometer Type:** | miles |
| **Color 1:** | PRV-Delmonico Red Pearl Coat | **Car Line:** | B |
| **Color 2:** | QRV-Delmonico Red Pearl Coat | **Build Date:** | December 17, 2018 |
| **Current Market Register:** | U | **Hour:** | 17 |
| **Book:** | R | | |

## Warranty Information

**REFER TO SPECIFIC LOPS FOR ADDITIONAL COVERAGE AND LIMITS**

**WARRANTY EXTENSION OF   9 DAYS APPLIED DUE TO DAYS DOWN**

**PLEASE CONTACT CROSS COUNTRY MOTOR CLUB FOR TOWING ASSISTANCE 800-521-2779.**

| Type of Warranty | Original | Deductible | Expiration | Remaining |
|---|---|---|---|---|
| BASIC WARRANTY | 36 Months or 36,000 miles | 0 | July 17, 2022 | 15 Months or 5,808 miles |
| POWERTRAIN WARRANTY | 60 Months or 100,000 miles | 0 | July 17, 2024 | 38 Months or 69,808 miles |
| DIESEL ENGINE WARRANTY | 60 Months or 100,000 miles | 0 | July 17, 2024 | 38 Months or 69,808 miles |
| CORROSION WARRANTY | 60 Months or Unlimited miles | 0 | July 17, 2024 | 38 Months or Unlimited miles |
| DIESEL ENG EMISSION WARRANTY | 60 Months or 50,000 miles | 0 | July 17, 2024 | 38 Months or 19,808 miles |
| ADJUSTMENT WARRANTY | 36 Months or 36,000 miles | 0 | July 17, 2022 | 15 Months or 5,808 miles |
| MAJOR EMISSION COMP WARRANTY | 96 Months or 80,000 miles | 0 | July 17, 2027 | 74 Months or 49,808 miles |
| CARB HIGH COST EMISSION PART | 84 Months or 70,000 miles | 0 | July 17, 2026 | 62 Months or 39,808 miles |

| WCC | Roadside Assistance | Towing Assistance | Master Shield | Transferable-Powertrain Warranty |
|---|---|---|---|---|
| 536 | Yes | Yes | N/A | Yes |

# VIP Summary Report

**Dealer:** 41080 - CARL BURGER DODGE CHRYSLER JEEP RAM WORLD  **Date:** May 4, 2021   **Time:** 12:31:17

**VIN:** 3C6UR5FL4JG417857   **Dealer Entered Name:** MALL   **Dealer Entered Odometer:** 30,192 miles

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

| Service Contract - No Service Contracts Available | | | | | |
|---|---|---|---|---|---|
| **Service History (24 Month)** | | | | | |
| **Repair Date** | **Dealer/Payee** | **Claim Number** | **Repair Odometer** | **List Date** | **Transaction Type** |
| March 16, 2021 | 66732 - Galeana Chrysler Dodge Jeep Ra 0 - {C,D,J,R,X} 14375 S TAMIAMI TRL 85416601 - Media Center  Hub  SD/USB port | 942280 | 25,050 Miles | 2021033 | WARRANTY |
| March 9, 2021 | 27102 - Cape Coral Chrysler Dodge Jeep 0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD 08600270 - Radio/Telematics Gateway Modul | 154031 | 24,816 Miles | 2021033 | WARRANTY |
| February 24, 2021 | 79277 - PANASONIC RADIO 0 - MAIN LOCATION 79277 95086002 - Supplier Radio Repair Payment | 153068 | 24,114 Miles | 2021031 | WARRANTY |
| February 24, 2021 | 27102 - Cape Coral Chrysler Dodge Jeep 0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD 08193701 - Module, trailer tow | 153068 | 24,114 Miles | 2021031 | WARRANTY |
| December 10, 2020 | 27102 - Cape Coral Chrysler Dodge Jeep 0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD 08600270 - Radio/Telematics Gateway Modul | 148042 | 21,435 Miles | 2020123 | WARRANTY |
| December 4, 2020 | 79277 - PANASONIC RADIO 0 - MAIN LOCATION 79277 95086002 - Supplier Radio Repair Payment | 147340 | 21,119 Miles | 2020122 | WARRANTY |
| December 3, 2020 | 27102 - Cape Coral Chrysler Dodge Jeep 0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD 03401502 - Case, differential-267-292-310 05210902 - Hub and Bearing, front-Right o | 147340 | 21,119 Miles | 2020122 | WARRANTY |

| Recall Information | | | |
|---|---|---|---|
| **Incomplete Recall - No Incomplete Recall Information Available** | | | |
| **Complete Recall** | | | |
| **Recall Number** | **Description** | **Launch Date** | **Repair Date** |
| V06 | 2013-2018 D TRUCK DRAG LINK | February 1, 2019 | March 22, 2019 |

| Vehicle Owner Information | | | |
|---|---|---|---|
| **Name:** | MALLORY M GETTY | **Preferred Name:** | MALLORY |
| **Address:** | 8635 MELLMANOR DR APT D | **City:** | LA MESA |
| **State/Province:** | CA | **Postal Code:** | 919423147 |
| **Country:** | USA | **Language Preference:** | |
| **Telephone-Home:** | | **Telephone-Business:** | |
| **Fax:** | | **Original Owner:** | MALLORY M GETTY |

# VIP Summary Report

**Dealer:** 41080 - CARL BURGER DODGE CHRYSLER JEEP RAM WORLD  **Date:** May 4, 2021  **Time:** 12:31:17

**VIN:** 3C6UR5FL4JG417857  **Dealer Entered Name:** MALL  **Dealer Entered Odometer:** 30,192 miles

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

| Vehicle Sale Information | | | |
|---|---|---|---|
| **Selling Dealer:** 41080 - CARL BURGER DODGE CHRYSLER JEE | | **Sales Type:** | 1 - DIRECT RETAIL |
| **City:** LA MESA | | **State/Province:** | CA |
| **Country:** USA | | **Telephone:** | (619)463-9321 |

| CAIR | | | |
|---|---|---|---|
| **CAIR Status** | **CAIR Number** | **Date Opened** | **Reason Code Description** |
| CLOSED | null | April 21, 2021 | NO REASON CODE DESCRIPTION/NARRATIVE AVAILABLE |
| | | | |

| Connected Vehicle Status | |
|---|---|
| Uconnect status data is not available. Please visit Uconnect Status tab to view Uconnect data in Summary report. | |
| **Connected Vehicle?** NA | **New Vehicle Free Trial Activated?** NA |
| **Active Paid Subscription?** NA | **Eligible for Paid Subscription?** NA |

| Satellite Radio and Entertainment Status | |
|---|---|
| **Satellite Radio Equipped?** NA | **Eligible for Service Lane Free Trial?** NA |

| Navigation Status | |
|---|---|
| **Eligible for Navigation Activation?** NA | **Eligibile for Map Update?** NA |
| **Vehicle Equipped with Factory Navigation?** NA | |

 **CHRYSLER**

**CARL BURGER DODGE CHRYSLER JEE**

8355 HERCULES ST

LA MESA, CA 919422921

Phone : 619 463-9321



## Mopar Vehicle Protection Eligibility Report

THE OWNER'S NAME ENTERED (MALL) DOES NOT MATCH CORPORATE RECORDS. VEHICLE PROTECTION OFFERS WILL NOT BE DISPLAYED UNLESS THE OWNER'S NAME MATCHES.

# VEHICLE INSPECTION FORM



Carl Burger Dodge Chrysler Jeep Ram World
8355 Hercules Street
La Mesa CA 91942

Service Main: 619-462-2535
Service Fax: 619-697-1530

| Customer Name: | | Phone: | | Date: | |
|---|---|---|---|---|---|
| Year: | Make: | Model: | | VIN: | JC 47 857 |
| Odometer Reading: | 30,190 | Color: | | Notes: | |
| | | | | | |

_____        _____
Customer Signature                        Service Advisor

**Front**

Drivers
Left side

Passenger
Right side

**Rear**

| | |
|---|---|
| ☐ | Deep Scratch |
| ☐ | Dents /Dings |
| ☐ | Wheel Damage |
| ☐ | Oxidation |
| ☐ | Clear Coat Failure |
| ☐ | Bird Dropping |
| ☐ | Rough Paint |
| ☐ | Paint Transfer |
| ☐ | Paint Chip |
| ☐ | Glass Chip |
| ☐ | Glass Scratch |
| ☐ | Water Spots |
| ☐ | Swirls /Holograms |
| ☐ | Side Swipe |
| ☐ | Curve Rash |
| ☐ | Gouges/Crease |
| ☐ | Loose Molding |
| ☐ | Other/Unknown Damage |



| | Consolidated Inv. # | 26903068 |
|---|---|---|
| | Rental Agreement # | 383TVS |
| | Bill Ref # | 800043651925 |
| | Invoice Date | 10-May-2021 |

Fed Tax Id = 95-3475810

### Bill To Information

CARL BURGER DODGE-SERVICE 3241
PO BOX 1000
LA MESA, CA - 919441000

### Vehicle Information

| Yr/Make/Model | Unit # | License No | Beg/End/Distance |
|---|---|---|---|
| 2020/JEEP/GCHE | 7T8LWF | HFC5677 | 34564/34696/132 |
| VIN 1C4RJFBG1LC263845 | | | |

### Rental Branch

LA MESA
8323 HERCULES ST.
LA MESA, CA - 919422900

### Rental Information

Reservation Number : 383GR3
Driver : HICKS, MALLORY
Pickup Date/Time : 05/04/2021 10:46
Return Date/Time : 05/07/2021 11:24
Miles/kms : 132
Car Class : SFAR          Requested Class : FCAR

### Return Branch

LA MESA
8323 HERCULES ST.
LA MESA, CA - 919422900

### Charge Detail

| Description | Qty | Period | Rate | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 3 | DAY | 40.00 | 120.00 |
| | | Sub Total | | 120.00 |
| VEHICLE LICENSE RECOVERY FEE | 3 | DAY | 2.71 | 8.13 |
| SALES TAX | | PERCENT | 8.50 | 10.20 |
| | | **Total Charges (USD)** | | **138.33** |

### Additional Information

Ext Bill Ref # 1          RO 551636 PO 289356



### Remit Payment In USD to

ENTERPRISE RENT-A-CAR
333 CITY BLVD W
ORANGE CA 92868

**Email Remit To: GP3299ARADMIN@EHI.COM**

### For Billing Inquiries

Tel#: +1 6572214400
GP3299ARADMIN@EHI.COM

### Payment Terms

Payment Due Within 30 days of invoice date.

Late payments are subject to finance charge.

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.





**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

CUSTOMER #: 1811405                    **551636**

INVOICE

MALLORY M GETTY
8635 MELLMANOR DR APT D                    PAGE 1
LA MESA, CA 91942
HOME:239-898-8733 CONT:239-898-8733
BUS:                CELL:239-898-8733    SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| PRV_Delmon | 18 | RAM 2500 | | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 13MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|-------------|-------|-------------------------------------|
| 09:31 04MAY21 | 08:18 13MAY21 | ENG:6.7_Liter_Turbo TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

A CUSTOMER RETURNING FOR FURTHER DIAGN. WITH USB PORT NOT CONNECTING
     WITH CELL PHONE
CAUSE: E
     08 INSPECT ELECTRICAL SYSTEM
          389 FANGMAN,JAMES LIC#: 7624
               IHOME                                                    (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00    TOTAL LINE A:      0.00
 WIRING INSIDE OF SEAT STORAGE CONSOLE IS SHORTED ORDERED STORAGE
 CONSOLE (JF)
          *********************************************************

B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
     COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
     PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
     SUCCESSFULLY COMPLETED.
     TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
          PLACARD, IN ADDITION COMPLETION OF THIS
          ASSURES THAT THE REPAIRS AND SERVICES
          PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED
          TECHNICIAN AND SUCCESSFULLY COMPLETED.
          389 FANGMAN,JAMES LIC#: 7624
               IHOME                                                    (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00    TOTAL LINE B:      0.00
 SET ALL TIRE PRESSURES TO THE DOOR PLACARD.
          *********************************************************

C PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE
     FLUID CONDITION AND LEVELS
     2600 PERFORM VISUAL VEHICLE INSPECTION PER CHECK
          SHEET, INSPECT AND ADVISE FLUID CONDITION
          AND LEVELS
          389 FANGMAN,JAMES LIC#: 7624
               IHOME                                                    (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00    TOTAL LINE C:      0.00
          *********************************************************

D *****RENTAL CAR DURING REPAIRS*****

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | **HAZARDOUS WASTE DISPOSAL COSTS:** We have added this | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | charge to cover costs associated with the handling, management | LABOR AMOUNT | |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | and disposal of toxic wastes or hazardous substances under | PARTS AMOUNT | |
| $ | $ | | | | | California and Federal Law. | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | | SUBLET AMOUNT | |
| RF____psi LF____psi RR____psi LR____psi | | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.** | WASTE DISPOSAL COSTS * | |
| ☐ Customer declined tire pressure check/inflation service.   Initials____ | | | | | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized on this Invoice and that you received the opportunity to inspect) any replaced parts as requested by you. | | | | | | ☐**Some Parts Not Returnable** | LESS INSURANCE | |
| | | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | | **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

**CUSTOMER COPY**

CUSTOMER #: 1811405                    **551636**



**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

INVOICE

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942                      PAGE 2
HOME:239-898-8733 CONT:239-898-8733
BUS:            CELL:239-898-8733      SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 13MAY21 |

| R.O. OPENED | READY | OPTIONS:   SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 08:18 13MAY21 | ENG:6.7_Liter_Turbo |

TRN:DG7_6-Spd_Automatic_68RFE_Transmission

LINE OPCODE TECH TYPE HOURS                         LIST      NET     TOTAL
CAUSE: E
     R *****RENTAL CAR DURING REPAIRS*****
          389 FANGMAN,JAMES LIC#: 7624
               ISR                                                    (N/C)
SUBL RENTAL PO#289356
               ISR                                                    (N/C)
PARTS:     0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE D:     0.00
          *************************************************

               WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
               NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
               FEEL FREE TO CONTACT PHIL CAUDILLO AT
               (619)667-8265
               THANK YOU AGAIN FOR YOUR BUSINESS

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
  RF_____psi LF_____psi RR_____psi LR_____psi
☐ Customer declined tire pressure check/inflation service.   Initials_____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

* **HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - Si2C - "LIMITED WARRANTY - CALIFORNIA - 9686     B.A.R. REG.# ARD-263137          EPA# 90-0524885

**CUSTOMER COPY**

CUSTOMER #: 1811405                    **551636**                    **CARL BURGER**
                                                                    DODGE · CHRYSLER · JEEP · RAM WORLD

MALLORY M GETTY                        WORKORDER                     8355 HERCULES STREET
8635 MELLMANOR DR APT D                                             LA MESA, CA 91942
LA MESA, CA 91942                      PAGE 1                        (619) 463-9321
mally177@gmail.com
HOME:239-898-8733 CONT:239-898-8733                    B.A.R. REG.# ARD-263137        EPA# 90-0524885
BUS:                CELL:239-898-8733   SERVICE ADVISOR: 640 GAITAN,GABRIEL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/ | T2250 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | |

| R.O. OPENED | READY | OPTIONS:   SOLD-STK:1811405 DLR:NONE |
|-------------|-------|-------------------------------------|
| 04MAY2021 09:31 | | ENG:6.7_Liter_Turbo |
| | | TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

LINE OP CODE   TECH... TYPE   DESCRIPTIONS/INSTRUCTIONS

# A  08                WN    CUSTOMER RETURNING FOR FURTHER DIAGN. WITH USB PORT
                             NOT CONNECTING WITH CELL PHONE


# B  TP                IHOME INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN
                             ADDITION COMPLETION OF THIS ASSURES THAT THE REPAIRS
                             AND SERVICES PERFORMED HAVE BEEN INSPECTED BY A
                             QUALIFIED TECHNICIAN AND SUCCESSFULLY COMPLETED.


# C  2600              IHOME PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET,
                             INSPECT AND ADVISE FLUID CONDITION AND LEVELS


# D  R                 WN    *****RENTAL CAR DURING REPAIRS*****


             EPA - CAD981368566

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. TEARDOWN/REASSEMBLY:** If you authorize teardown of the vehicle or commencement of repairs, but do not authorize completion of a repair or service, a charge may be imposed for teardown, reassembly or partially completed work and you agree to pay the same.

It is necessary to disassemble the vehicle to provide an estimated price for repairs. The estimated teardown and reassembly charge (including parts and labor) is $_____.
The maximum time for reassembly will be _____. X_____
You understand that disassembly may prevent restoration of the vehicle to its former condition. X_____

☐ **SUBLET REPAIRS:** Some repairs may be sublet due to the type of service required. The location will be disclosed upon request.
**PAYMENT TERMS:** I agree to pay for all labor and materials in *Cash* or approved credit card (unless the Dealership agrees to other payment arrangements in advance) simultaneously with delivery of the vehicle to me or 3 days after receiving notice that the vehicle is ready to be picked up. An express mechanics lien is hereby acknowledged on the vehicle to secure the cost of labor, materials, storage and/or towing charges. I understand that a storage charge equal to $____ will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 days from the date I am notified that the repairs have been completed or after the communication of an estimate if I fail to authorize repairs.
**POWER-OF-ATTORNEY:** I hereby appoint the Dealership as my attorney-in-fact and authorize it to sign my name upon any checks, drafts or other forms of payment issued in payment of this Repair Order. X _____

**By Signing Below:** I agree that: (1) I have read this Repair Order and I authorize the completion of the services/repairs listed above in accordance with the terms and conditions herein; (2) the Dealership is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control; (3) the Dealership may operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle; and (4) I authorize the retrieval of on-board data as needed to facilitate vehicle repairs and the sharing of that data with the vehicle manufacturer for diagnostic or research purposes.

Customer _____ Date _____
DealerCAP 2014 CDK Global, LLC   (01/17) WORKORDER TYPE 2 - SW2C - Limited Warranty - CALIFORNIA - 9694522

**PARTS: All parts are new unless otherwise indicated.** Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. You may inspect all parts removed from the vehicle upon request. If our Dealership does not have to return the parts to the manufacturer or distributor under a warranty arrangement and they are not exempt due to their size, weight or other factors, they will be returned to you upon request.

☐ Some Parts Not Returnable   ☐ Please Save Replaced Parts
**ESTIMATE: PLEASE CHOOSE THE KIND OF ESTIMATE YOU WANT TO RECEIVE BY INITIALING BESIDE ONE OF THE FOLLOWING CHOICES AND INDICATE THE BEST WAY TO CONTACT YOU IF NECESSARY.**
_____ WRITTEN ESTIMATE  _____ ORAL ESTIMATE  _____ ELECTRONIC EST.
By Telephone at:_____   By Fax to:_____
By E-mail to:_____
PRELIMINARY ESTIMATE $ _____
**DESIGNATION OF PERSON TO AUTHORIZE ADDITIONAL WORK OR PARTS.**
I hereby designate the individual named below to authorize any additional work not specified or parts not included in the original written estimated price for parts and labor:
Name of Designee:_____ Phone Number:_____
Fax Number:_____ E-Mail Address:_____
Customer:_____ Date:_____

| | Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|--|--|--|--|--|--|
| | $ | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |

I acknowledge notice and oral approval of an increase in the original estimated price.

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**
HARD COPY

CUSTOMER #: 1811405      **551636**      **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

*WARRANTY*

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942      PAGE 1
HOME:239-898-8733 CONT:239-898-8733
BUS:      CELL:239-898-8733      SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 07MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 11:44 07MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

LINE OPCODE TECH TYPE HOURS      LIST    NET    TOTAL

A CUSTOMER RETURNING FOR FURTHER DIAGN. WITH USB PORT NOT CONNECTING
     WITH CELL PHONE
CAUSE: E
     08 INSPECT ELECTRICAL SYSTEM
         389 FANGMAN,JAMES LIC#: 7624
         WN  0.00      0.00    0.00
           0      0 TPARTS
           0      0 TLABOR

TECH:    389 ACTUAL HRS.:    0.34    SOLD HRS.:    0.00

SALE-LBR:    0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:    0.00 TOTAL    0.00
COST-LBR:    0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:    0.00 TOTAL    0.00

   30192 WIRING INSIDE OF SEAT STORAGE CONSOLE IS SHORTED ORDERED
   STORAGE CONSOLE (JF)
         ******************************************************
D *****RENTAL CAR DURING REPAIRS*****
CAUSE: E
     R *****RENTAL CAR DURING REPAIRS*****
         389 FANGMAN,JAMES LIC#: 7624
         WN  0.00      0.00    0.00
           0      0 TPARTS
           0      0 TLABOR
SUBL RENTAL PO#289356
         WN      35.00    35.00

TECH:    389 ACTUAL HRS.:    0.00    SOLD HRS.:    0.00

SALE-LBR:    0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:    35.00 TOTAL    35.00
COST-LBR:    0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:    35.00 TOTAL    35.00

         ******************************************************

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By | Date & Time | Authorization Obtained By |
|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
   RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.    Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect any replaced parts as requested by you.

DATE      CUSTOMER SIGNATURE      AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| WASTE DISPOSAL COSTS * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405 | **551636** | **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

*WARRANTY*

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942    PAGE 2
HOME:239-898-8733 CONT:239-898-8733
BUS:           CELL:239-898-8733    SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30192/30192 | T2250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 04MAY21 | | | OP | 07MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:31 04MAY21 | 11:44 07MAY21 | ENG:6.7_Liter_Turbo
TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

LINE OPCODE TECH TYPE HOURS                      LIST      NET      TOTAL

WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CONTACT PHIL CAUDILLO AT
(619)667-8265
THANK YOU AGAIN FOR YOUR BUSINESS

TECH:    389 ACTUAL HRS.:   0.34    SOLD HRS.:    0

SALE-LBR:   0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:   35.00 TOTAL    35.00
COST-LBR:   0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:   35.00 TOTAL    35.00

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 05-04-21 | 12:40 | 12:40 | 0.00 | W | 389 | B | |
| | 12:40 | 12:40 | 0.00 | W | 389 | C | |
| | 12:41 | 12:41 | 0.00 | W | 389 | D | |
| | 12:41 | 13:01 | 0.34 | DW | 389 | A | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 55200 | 0 | 0 | | 55700 | 3500 | 3500 | |
| 11600 | 3500 | * * * * * * * | | | | | |

COST, SALE, & COMP TOTALS    3500    3500    0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi____psi
☐ Customer declined tire pressure check/inflation service.    Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received and had the opportunity to inspect) any replaced parts as requested by you.

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\* HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐**Some Parts Not Returnable**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 35.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 35.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 35.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405        **550547**        **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

ACCOUNTING

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942        PAGE 1
HOME:239-898-8733 CONT:239-898-8733
BUS:      CELL:239-898-8733    SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN
     WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED
CAUSE: E
   08907521 WIRING HARNESS BODY TEST AND REPLACE
      CONSOLE FLOOR TUNEL'
       389 FANGMAN,JAMES LIC#: 7624
         WN  6.13  0.70  1960   9832            98.32   98.32
   1 68328704AD MEDIA
     HUB-HUB          9205  16811    0  168.11  168.11  168.11
   1 68398181AA
     WIRING-CONSOLE      5715  10437    0  104.37  104.37  104.37
   08602401 HUB MEDIA CENTER SD/USB TEST AND REPLACE
       389 FANGMAN,JAMES LIC#: 7624
         WN  0.00  0.40  1120   5618            56.18   56.18
             14920    27248 TPARTS
       3080    15450 TLABOR

30083 CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED
WHEN VEHICLE IS FIRST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES
IN SYSTEM,CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH
ARE WORKING ON USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL
NOT WORKING, TESTED WIRING TO MEDIA PORT IN SEAT CENTER STORAGE AREA
HAS OPEN IN WIRING, REPLACED FLOOR CONSOLE WIRING AND RE TESTED, SYSTEM
STILL NOT WORKING CORRECTLY, PERFORMED RADIO RE SET, NO CHANGE, CHECKED
WIRING FROM MEDIA PORT TO RADIO COULD NOT FIND ANY ISSUES THAT WOULD
CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE# 101892606, CASE IS
PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED AT THIS TIME
(JF)
B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
      COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
      PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
      SUCCESSFULLY COMPLETED.
   TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
      PLACARD, IN ADDITION COMPLETION OF THIS
      ASSURES THAT THE REPAIRS AND SERVICES

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | |
|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone<br>☐Fax (See Attached)<br>☐E-mail (See Attached) | | |
| Revised Estimate | | | | ☐Telephone<br>☐Fax (See Attached)<br>☐E-mail (See Attached) | | |
| $ | $ | | | | | |

☐ Tire pressure check/inflation service was performed.
   RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.   Initials____

By signing below, you acknowledge that you were notified of and authorized the
Dealership to perform the services/repairs itemized in this Invoice and that you received
and the opportunity to inspect) any replaced parts as requested by you.

DATE      CUSTOMER SIGNATURE      AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| WASTE DISPOSAL COSTS * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP 2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - Si2C - "LIMITED WARRANTY - CALIFORNIA - 96950
    B.A.R. REG.# ARD-263137       EPA# 90-0524885
         **ACCOUNTING COPY**

CUSTOMER #: 1811405 **550547** **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD

ACCOUNTING 8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942 PAGE 2
HOME:239-898-8733 CONT:239-898-8733
BUS: CELL:239-898-8733 SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED
TECHNICIAN AND SUCCESSFULLY COMPLETED.

| | 389 | FANGMAN,JAMES LIC#: 7624 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IHOME | 0.00 | 0.00 | | 0 | 0 | | | 0.00 | 0.00 |

30083 SET ALL TIRE PRESSURES TO THE DOOR PLACARD.
C PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE
FLUID CONDITION AND LEVELS
2600 PERFORM VISUAL VEHICLE INSPECTION PER CHECK
SHEET, INSPECT AND ADVISE FLUID CONDITION
AND LEVELS

| | 389 | FANGMAN,JAMES LIC#: 7624 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IHOME | 0.00 | 0.00 | | 0 | 0 | | | 0.00 | 0.00 |

D** *****RENTAL CAR DURING REPAIRS*****
CAUSE: E
R *****RENTAL CAR DURING REPAIRS*****

| | 999 | WN | 0.00 | 0.00 | | 0 | 0 | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | 0 | TPARTS | | |
| | | | | | | 0 | | 0 | TLABOR | | |

SUBL RENTAL PO#289597

| | | WN | | | 52500 | 52500 | | | | 525.00 | 525.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

SUBL RENTAL

| | | ISR | | | 3500 | 3500 | | | | 35.00 | 35.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

30083 TA AARON SIMS AUTH# 16TH DAYS OF RENTAL AT 35 PER DAY TOTAL
560.00 WORKING WITH STAR CASE #101892606 FROM APRIL 15TH THREW 21ST.
ORDER PART # 68398181AA APRIL 21ST THREW APRIL 26

WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CONTACT PHIL CAUDILLO AT
(619)667-8265
THANK YOU AGAIN FOR YOUR BUSINESS

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 04-14-21 | 15:31 | 15:58 | 0.45 | DW | 389 | A | |
| 04-15-21 | 14:41 | 16:01 | 1.34 | W | 389 | A | |

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | LABOR AMOUNT | |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |

☐ Tire pressure check/inflation service was performed.
RF___psi LF___psi RR___psi LR___psi
☐ Customer declined tire pressure check/inflation service. Initials___

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect any replaced parts as requested by you.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| WASTE DISPOSAL COSTS * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

DATE     CUSTOMER SIGNATURE     AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - Si2C - "LIMITED WARRANTY" · CALIFORNIA · 99987   B.A.R. REG.# ARD-263137   EPA# 90-0524885

ACCOUNTING COPY

CUSTOMER #: 1811405

**550547**

ACCOUNTING

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733 CONT:239-898-8733
BUS:          CELL:239-898-8733

PAGE 3

SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-21-21 | 13:34 | 14:23 | 0.81 | DW | | 389 | A | | | | |
| 04-27-21 | 13:04 | 16:30 | 3.43 | DW | | 389 | A | | | | |
| 04-28-21 | 13:56 | 14:02 | 0.10 | W | | 389 | A | | | | |
| | 14:02 | 14:02 | 0.00 | W | | 389 | B | | | | |
| | 14:02 | 14:02 | 0.00 | W | | 389 | C | | | | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 55200 | 15450 | 3080 | | 57200 | 27248 | 14920 | |
| 55400 | 0 | 0 | | 55700 | 52500 | 52500 | |
| 55600 | 3500 | 3500 | | 11600 | 95198 | ******* | |
| 34301 | 0 | ******* | | 34601 | 3500 | ******* | |

COST, SALE, & COMP TOTALS   74000   98698   0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
  RF_____psi LF_____psi RR_____psi LR_____psi
☐ Customer declined tire pressure check/inflation service.          Initials_____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

* **HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ **Some Parts Not Returnable**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - S2C - "LIMITED WARRANTY - CALIFORNIA - 96990

B.A.R. REG.# ARD-263137          EPA# 90-0524885

ACCOUNTING COPY

CUSTOMER #: 1811405

**550547**

WARRANTY

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733
BUS:              CELL:239-898-8733

PAGE 3

SERVICE ADVISOR:  640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|-------------|-------|-----|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7 Liter Turbo |
| | | TRN:DG7 6-Spd Automatic 68RFE Transmission |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|---|------|-----|-------|
| | 14:02 | 14:02 | 0.00 | W | 389 | B | | | |
| | 14:02 | 14:02 | 0.00 | W | 389 | C | | | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 55200 | 15450 | 3080 | | 57200 | 27248 | 14920 | |
| 55700 | 52500 | 52500 | | 11600 | 95198 | ****** | |

COST, SALE, & COMP TOTALS   70500   95198   0

| | | | | | |
|---|---|---|---|---|---|
| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | |
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | |
| $ | $ | | | | |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.  Initials ____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE        CUSTOMER SIGNATURE        AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 154.50 |
| PARTS AMOUNT | 272.48 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 525.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 951.98 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 951.98 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405

**550547**

WARRANTY

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733
BUS:          CELL:239-898-8733

PAGE 1

SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo  TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN
    WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED
CAUSE: E
    08907521 WIRING HARNESS BODY TEST AND REPLACE
        CONSOLE FLOOR TUNEL'
        389 FANGMAN,JAMES LIC#: 7624
            WN  0.70                                    98.32      98.32
    1 68328704AD MEDIA HUB-HUB              168.11   168.11     168.11
    1 68398181AA WIRING-CONSOLE             104.37   104.37     104.37
    08602401 HUB MEDIA CENTER SD/USB TEST AND REPLACE
        389 FANGMAN,JAMES LIC#: 7624
            WN  0.40                                    56.18      56.18
                            14920        27248 TPARTS
                             3080        15450 TLABOR

TECH:    389 ACTUAL HRS.:   6.13    SOLD HRS.:   1.1

SALE-LBR: 154.50 PTS: 272.48 MSC:  0.00 LUB:  0.00 SUB:  0.00 TOTAL 426.98
COST-LBR:  30.80 PTS: 149.20 MSC:  0.00 LUB:  0.00 SUB:  0.00 TOTAL 180.00

30083 CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED
WHEN VEHICLE IS FIRST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES
IN SYSTEM,CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH
ARE WORKING ON USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL
NOT WORKING, TESTED WIRING TO MEDIA PORT IN SEAT CENTER STORAGE AREA
HAS OPEN IN WIRING, REPLACED FLOOR CONSOLE WIRING AND RE TESTED, SYSTEM
STILL NOT WORKING CORRECTLY, PERFORMED RADIO RE SET, NO CHANGE, CHECKED
WIRING FROM MEDIA PORT TO RADIO COULD NOT FIND ANY ISSUES THAT WOULD
CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE# 101892606, CASE IS
PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED AT THIS TIME
(JF)
            ***************************************************
D** *****RENTAL CAR DURING REPAIRS*****
CAUSE: E

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| RF___psi LF___psi RR___psi LR___psi | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.** | WASTE DISPOSAL COSTS * | |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials___ | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized on this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405

**550547**

ACCOUNTING

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733
BUS:          CELL:239-898-8733

PAGE 3

SERVICE ADVISOR:  640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|-------------|-------|-------------------------------------|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7 Liter Turbo TRN:DG7 6-Spd Automatic 68RFE Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|------|--------|------|------|-------|-------|------|------|------|------|-----|-------|
| 04-21-21 | 13:34 | 14:23 | 0.81 | DW | | 389 | | A | | | |
| 04-27-21 | 13:04 | 16:30 | 3.43 | DW | | 389 | | A | | | |
| 04-28-21 | 13:56 | 14:02 | 0.10 | W | | 389 | | A | | | |
| | 14:02 | 14:02 | 0.00 | W | | 389 | | B | | | |
| | 14:02 | 14:02 | 0.00 | W | | 389 | | C | | | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 55200 | 15450 | 3080 | | 57200 | 27248 | 14920 | |
| 55400 | 0 | 0 | | 55700 | 52500 | 52500 | |
| 55600 | 3500 | 3500 | | 11600 | 95198 | ******* | |
| 34301 | 0 | ******* | | 34601 | 3500 | ******* | |

COST, SALE, & COMP TOTALS   74000   98698   0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.   Initials_____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405         **550547**         **CARL BURGER**
                                    DODGE · CHRYSLER · JEEP · RAM WORLD
                ACCOUNTING              8355 HERCULES STREET

MALLORY M GETTY                              LA MESA, CA 91942
8635 MELLMANOR DR APT D                      (619) 463-9321
LA MESA, CA 91942                PAGE 2
HOME:239-898-8733 CONT:239-898-8733
BUS:             CELL:239-898-8733   **SERVICE ADVISOR: 640 GABRIEL GAITAN**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| | | ENG:6.7_Liter_Turbo |
| 09:56 14APR21 | 12:24 27MAY21 | TRN:DG7 6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED | | | | | | | | | | |
| | TECHNICIAN AND SUCCESSFULLY COMPLETED. | | | | | | | | | | |
| | 389 FANGMAN,JAMES LIC#: 7624 | | | | | | | | | | |
| | IHOME | | 0.00 | 0.00 | | 0 | 0 | | | 0.00 | 0.00 |
| | 30083 SET ALL TIRE PRESSURES TO THE DOOR PLACARD. | | | | | | | | | | |
| C | PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE | | | | | | | | | | |
| | FLUID CONDITION AND LEVELS | | | | | | | | | | |
| | 2600 PERFORM VISUAL VEHICLE INSPECTION PER CHECK | | | | | | | | | | |
| | SHEET, INSPECT AND ADVISE FLUID CONDITION | | | | | | | | | | |
| | AND LEVELS | | | | | | | | | | |
| | 389 FANGMAN,JAMES LIC#: 7624 | | | | | | | | | | |
| | IHOME | | 0.00 | 0.00 | | 0 | 0 | | | 0.00 | 0.00 |
| D** | *****RENTAL CAR DURING REPAIRS***** | | | | | | | | | | |
| CAUSE: E | | | | | | | | | | | |
| R | *****RENTAL CAR DURING REPAIRS***** | | | | | | | | | | |
| | 999 | WN | 0.00 | 0.00 | | 0 | 0 | | | 0.00 | 0.00 |
| | | | | | | 0 | | 0 TPARTS | | | |
| | | | | | | 0 | | 0 TLABOR | | | |
| SUBL RENTAL PO#289597 | | | | | | | | | | | |
| | | WN | | | | 52500 | 52500 | | | 525.00 | 525.00 |
| SUBL RENTAL | | | | | | | | | | | |
| | | ISR | | | | 3500 | 3500 | | | 35.00 | 35.00 |

30083 TA AARON SIMS AUTH# 16TH DAYS OF RENTAL AT 35 PER DAY TOTAL
560.00 WORKING WITH STAR CASE #101892606 FROM APRIL 15TH THREW 21ST.
ORDER PART # 68398181AA APRIL 21ST THREW APRIL 26

                            WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
                            NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
                            FEEL FREE TO CONTACT PHIL CAUDILLO AT
                            (619)667-8265
                            THANK YOU AGAIN FOR YOUR BUSINESS

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 04-14-21 | 15:31 | 15:58 | 0.45 | DW | 389 | A | |
| 04-15-21 | 14:41 | 16:01 | 1.34 | W | 389 | A | |

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | |
|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | |
| Revised Estimate $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | |

☐ Tire pressure check/inflation service was performed.
   RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.    Initials ____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE           CUSTOMER SIGNATURE       AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| WASTE DISPOSAL COSTS * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405

550547

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

ACCOUNTING

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733
BUS:                CELL:239-898-8733

PAGE 1

SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| PRV Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:1811405 DLR:NONE |
|-------------|-------|----------|---------------------------|

ENG:6.7_Liter_Turbo

| 09:56 14APR21 | 12:24 27MAY21 | TRN:DG7 6-Spd Automatic 68RFE Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|------|--------|------|------|-------|-------|------|------|------|------|-----|-------|

A CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN
    WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED

CAUSE: E
    08907521 WIRING HARNESS BODY TEST AND REPLACE
        CONSOLE FLOOR TUNEL'
        389 FANGMAN,JAMES LIC#: 7624
                 WN  6.13  0.70   1960   9832              98.32    98.32
        1 68328704AD MEDIA
        HUB-HUB                  9205  16811     0  168.11  168.11  168.11
        1 68398181AA
        WIRING-CONSOLE           5715  10437     0  104.37  104.37  104.37
    08602401 HUB MEDIA CENTER SD/USB TEST AND REPLACE
        389 FANGMAN,JAMES LIC#: 7624
                 WN  0.00  0.40   1120   5618              56.18    56.18
                               14920       27248 TPARTS
                                3080       15450 TLABOR

30083 CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED
WHEN VEHICLE IS FIRST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES
IN SYSTEM,CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH
ARE WORKING ON USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL
NOT WORKING, TESTED WIRING TO MEDIA PORT IN SEAT CENTER STORAGE AREA
HAS OPEN IN WIRING, REPLACED FLOOR CONSOLE WIRING AND RE TESTED, SYSTEM
STILL NOT WORKING CORRECTLY, PERFORMED RADIO RE SET, NO CHANGE, CHECKED
WIRING FROM MEDIA PORT TO RADIO COULD NOT FIND ANY ISSUES THAT WOULD
CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE# 101892606, CASE IS
PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED AT THIS TIME
(JF)
B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
    COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
    PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
    SUCCESSFULLY COMPLETED.
    TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
       PLACARD, IN ADDITION COMPLETION OF THIS
       ASSURES THAT THE REPAIRS AND SERVICES

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
RF____ psi LF____ psi RR____ psi LR____ psi
☐ Customer declined tire pressure check/inflation service.          Initials____

By signing below, you acknowledge that you were notified of and authorized the
Dealership to perform the services/repairs itemized in this invoice and that you received
(or had the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| WASTE DISPOSAL COSTS \* | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405

**550547**

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD

*ACCOUNTING*

8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
HOME:239-898-8733  CONT:239-898-8733 ** PRE-INVOICE **
BUS:              CELL:239-898-8733
PAGE 1
SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 14APR21 | | | OP | 29APR21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 10:46 29APR21 | ENG:6.7_Liter_Turbo TRN:DG7_6-Spd Automatic 68RFE Transmission |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN
    WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED
CAUSE: E
    08 INSPECT ELECTRICAL SYSTEM
        389 FANGMAN,JAMES LIC#: 7624
                WN  6.13  0.00        0              0.00    0.00
        1 68328704AD MEDIA
        HUB-HUB                   9205  16811    0  168.11  168.11  168.11
        1 68398181AA
        WIRING-CONSOLE            5715  10437    0  104.37  104.37  104.37
                                 14920      27248 TPARTS
                                     0          0 TLABOR

30083 CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED
WHEN VEHICLE IS FIRST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES
IN SYSTEM,CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH
ARE WORKING ON USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL
NOT WORKING, TESTED WIRING TO MEDIA PORT IN SEAT CENTER STORAGE AREA
HAS OPEN IN WIRING, REPLACED FLOOR CONSOLE WIRING AND RE TESTED, SYSTEM
STILL NOT WORKING CORRECTLY, PERFORMED RADIO RE SET, NO CHANGE, CHECKED
WIRING FROM MEDIA PORT TO RADIO COULD NOT FIND ANY ISSUES THAT WOULD
CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE# 101892606, CASE IS
PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED AT THIS TIME
(JF)

B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
    COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
    PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
    SUCCESSFULLY COMPLETED.
    TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
        PLACARD, IN ADDITION COMPLETION OF THIS
        ASSURES THAT THE REPAIRS AND SERVICES
        PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED
        TECHNICIAN AND SUCCESSFULLY COMPLETED.
        389 FANGMAN,JAMES LIC#: 7624
            IHOME   0.00  0.00        0              0.00    0.00

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | *HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | LABOR AMOUNT | |
| Revised Estimate $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) | | PARTS AMOUNT | |
| | | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| ☐ RF___psi LF___psi RR___psi LR___psi | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | WASTE DISPOSAL COSTS * | |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials___ | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received or had the opportunity to inspect any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | SALES TAX | |
| | | | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405

**550547**

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942
mally177@gmail.com
HOME:239-898-8733 CONT:239-898-8733
BUS:          CELL:239-898-8733

WORKORDER
REPRINT
PAGE 1

B.A.R. REG.# ARD-263137          EPA# 90-0524885

SERVICE ADVISOR: 640 GAITAN,GABRIEL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| PRV Delmon | 18 | RAM 2500 | | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | |

R.O. OPENED          READY          OPTIONS:   SOLD-STK:1811405 DLR:NONE

14APR2021 09:56 13MAY2021 06:50    ENG:6.7_Liter_Turbo
                                   TRN:DG7 6-Spd Automatic 68RFE Transmission

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | 08 | 389 | WN | CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED |

*Review 5/14/21*

| # B | TP | 389 | IHOME | INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND SUCCESSFULLY COMPLETED. |

| # C | 2600 | 389 | IHOME | PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE FLUID CONDITION AND LEVELS |

| # D | *R | 999 | WN | *****RENTAL CAR DURING REPAIRS***** |

*Goodwill Rental 4/14/21*

EPA - CAD981368566

---

**BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.**
**TEARDOWN/REASSEMBLY:** If you authorize teardown of the vehicle or commencement of the services, but do not authorize completion of a repair or service, a charge may be imposed for teardown, reassembly or partially completed work and you agree to pay the same.
It is necessary to disassemble the vehicle to provide an estimated price for repairs. The estimated teardown and reassembly charge (including parts and labor) is $ _____ .
The maximum time for reassembly will be _____ X _____ .
You understand that disassembly may prevent restoration of the vehicle to its former condition. X _____
☐ **SUBLET REPAIRS:** Some repairs must be sublet due to the type of service required. The location will be disclosed upon request.
**PAYMENT TERMS:** I agree to pay for all labor and materials in Cash or approved credit card (unless the Dealership agrees to other payment arrangements in advance) simultaneously with delivery of the vehicle to me or 3 days after receiving notice that the vehicle is ready to be picked up. An express mechanics lien is hereby acknowledged on the vehicle to secure the cost of labor, materials, storage and/or towing charges. I understand that a storage charge equal to $ _____ will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 days from the date I am notified that the repairs have been completed or after the communication of an estimate if I fail to authorize repairs.
**POWER-OF-ATTORNEY:** I hereby appoint the Dealership as my attorney-in-fact and authorize it to sign my name upon any checks, drafts or other forms of payment issued in payment of this Repair Order. X _____
**By Signing Below:** I agree that: (1) I have read this Repair Order and I authorize the completion of the services/repairs listed above in accordance with the terms and conditions herein; (2) the Dealership is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control; (3) the Dealership may operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle; and (4) I authorize the retrieval of on-board data as needed to facilitate vehicle repairs and the sharing of that data with the vehicle manufacturer for diagnostic or research purposes.

Customer _____          Date _____

DealerCAP 2014 CDK Global, LLC   (01/17) WORKORDER TYPE 2 - SW2C - Limited Warranty - CALIFORNIA   3694522

**PARTS: All parts are new unless otherwise indicated.** Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. You may inspect all parts removed from the vehicle upon request. If our Dealership does not have to return the parts to the manufacturer or distributor under a warranty arrangement and they are not exempt due to their size, weight or other factors, they will be returned to you upon request.
☐ Some Parts Not Returnable ☐ Please Save Replaced Parts
**ESTIMATE: PLEASE CHOOSE THE KIND OF ESTIMATE YOU WANT TO RECEIVE BY INITIALING BESIDE ONE OF THE FOLLOWING CHOICES AND INDICATE THE BEST WAY TO CONTACT YOU IF NECESSARY.**
_____ WRITTEN ESTIMATE _____ ORAL ESTIMATE _____ ELECTRONIC EST.
By Telephone at: _____          By Fax to: _____
By E-Mail to: _____
PRELIMINARY ESTIMATE $ _____
**DESIGNATION OF PERSON TO AUTHORIZE ADDITIONAL WORK OR PARTS.**
I hereby designate the individual named below to authorize any additional work not specified or parts not included in the original written estimated price for parts and labor.
Name of Designee: _____          Phone Number: _____
Fax Number: _____          E-Mail Address: _____
Customer: _____          Date: _____

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By | Date & Time | Authorization Obtained By |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |

I acknowledge notice and oral approval of an increase in the original estimated price.
_____
NOTICE TO CONSUMER - PLEASE READ

# VIP Summary Report

**Dealer:** 41080 - CARL BURGER DODGE CHRYSLER JEEP RAM WORLD
**VIN:** 3C6UR5FL4JG417857          **Dealer Entered Name:** GETT

**Date:** April 14, 2021   **Time:** 12:54:47
**Dealer Entered Odometer:** 30,083 miles

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

## Warning Messages

!! ATTENTION !! THIS VEHICLE MAY HAVE HAD  6 VISITS,  9 DAYS DOWN AND  3 REPEAT REPAIRS. SERVICE PERSONNEL SHOULD NOTIFY DEALERSHIP SERVICE MANAGEMENT AND ENGAGE FCA SERVICE AND PARTS RESOURCES.

THIS VEHICLE HAS RETURNED FOR SERVICE WITHIN 90 DAYS

## Vehicle Restrictions - No Vehicle Restriction

## Vehicle Service Information

| | | | |
|---|---|---|---|
| **Year/Model:** | 2018 RAM 2500 LARAMIE CREW CAB 4X4 | **Last Odometer:** | 25,050  miles on March 16, 2021 |
| **Body Style:** | DJ7P91 | **In-Service Date:** | July 8, 2019 |
| **Engine:** | ETK-6.7L I6 Cummins Turbo Diesel Engine | **In-Service Odometer:** | 21 miles |
| **Transmission:** | DG7-6-Spd Automatic 68RFE Transmission | **Odometer Type:** | miles |
| **Color 1:** | PRV-Delmonico Red Pearl Coat | **Car Line:** | B |
| **Color 2:** | QRV-Delmonico Red Pearl Coat | **Build Date:** | December 17, 2018 |
| **Current Market Register:** | U | **Hour:** | 17 |
| **Book:** | R | | |

## Warranty Information

REFER TO SPECIFIC LOPS FOR ADDITIONAL COVERAGE AND LIMITS

WARRANTY EXTENSION OF   9 DAYS APPLIED DUE TO DAYS DOWN

PLEASE CONTACT CROSS COUNTRY MOTOR CLUB FOR TOWING ASSISTANCE 800-521-2779.

| Type of Warranty | Original | Deductible | Expiration | Remaining |
|---|---|---|---|---|
| BASIC WARRANTY | 36 Months or 36,000 miles | 0 | July 17, 2022 | 15 Months or 5,917 miles |
| POWERTRAIN WARRANTY | 60 Months or 100,000 miles | 0 | July 17, 2024 | 39 Months or 69,917 miles |
| DIESEL ENGINE WARRANTY | 60 Months or 100,000 miles | 0 | July 17, 2024 | 39 Months or 69,917 miles |
| CORROSION WARRANTY | 60 Months or Unlimited miles | 0 | July 17, 2024 | 39 Months or Unlimited miles |
| DIESEL ENG EMISSION WARRANTY | 60 Months or 50,000 miles | 0 | July 17, 2024 | 39 Months or 19,917 miles |
| ADJUSTMENT WARRANTY | 36 Months or 36,000 miles | 0 | July 17, 2022 | 15 Months or 5,917 miles |
| MAJOR EMISSION COMP WARRANTY | 96 Months or 80,000 miles | 0 | July 17, 2027 | 74 Months or 49,917 miles |
| CARB HIGH COST EMISSION PART | 84 Months or 70,000 miles | 0 | July 17, 2026 | 62 Months or 39,917 miles |

| WCC | Roadside Assistance | Towing Assistance | Master Shield | Transferable-Powertrain Warranty |
|---|---|---|---|---|
| 536 | Yes | Yes | N/A | Yes |

## Service Contract - No Service Contracts Available

## Service History (24 Month)

# VIP Summary Report

**Dealer:** 41080 - CARL BURGER DODGE CHRYSLER JEEP RAM WORLD     **Date:** April 14, 2021   **Time:** 12:54:47

**VIN:** 3C6UR5FL4JG417857     **Dealer Entered Name:** GETT     **Dealer Entered Odometer:** 30,083 miles

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

| Repair Date | Dealer/Payee | Claim Number | Repair Odometer | List Date | Transaction Type |
|---|---|---|---|---|---|
| March 16, 2021 | 66732 - Galeana Chrysler Dodge Jeep Ra<br>0 - {C,D,J,R,X} 14375 S TAMIAMI TRL<br>85416601 - Media Center  Hub  SD/USB port | 942280 | 25,050 Miles | 2021033 | WARRANTY |
| March 9, 2021 | 27102 - Cape Coral Chrysler Dodge Jeep<br>0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD<br>08600270 - Radio/Telematics Gateway Modul | 154031 | 24,816 Miles | 2021033 | WARRANTY |
| February 24, 2021 | 79277 - PANASONIC RADIO<br>0 - MAIN LOCATION 79277<br>95086002 - Supplier Radio Repair Payment | 153068 | 24,114 Miles | 2021031 | WARRANTY |
| February 24, 2021 | 27102 - Cape Coral Chrysler Dodge Jeep<br>0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD<br>08193701 - Module, trailer tow | 153068 | 24,114 Miles | 2021031 | WARRANTY |
| December 10, 2020 | 27102 - Cape Coral Chrysler Dodge Jeep<br>0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD<br>08600270 - Radio/Telematics Gateway Modul | 148042 | 21,435 Miles | 2020123 | WARRANTY |
| December 4, 2020 | 79277 - PANASONIC RADIO<br>0 - MAIN LOCATION 79277<br>95086002 - Supplier Radio Repair Payment | 147340 | 21,119 Miles | 2020122 | WARRANTY |
| December 3, 2020 | 27102 - Cape Coral Chrysler Dodge Jeep<br>0 - {C,D,J,R} 2200 NE PINE ISLAND ROAD<br>03401502 - Case, differential-267-292-310<br>05210902 - Hub and Bearing, front-Right o | 147340 | 21,119 Miles | 2020122 | WARRANTY |

## Recall Information

### Incomplete Recall - No Incomplete Recall Information Available

### Complete Recall

| Recall Number | Description | Launch Date | Repair Date |
|---|---|---|---|
| V06 | 2013-2018 D TRUCK DRAG LINK | February 1, 2019 | March 22, 2019 |

## Vehicle Owner Information

| | | | |
|---|---|---|---|
| **Name:** | MALLORY  M  GETTY | **Preferred Name:** | MALLORY |
| **Address:** | 8635 MELLMANOR DR APT D | **City:** | LA MESA |
| **State/Province:** | CA | **Postal Code:** | 919423147 |
| **Country:** | USA | **Language Preference:** | |
| **Telephone-Home:** | | **Telephone-Business:** | |
| **Fax:** | | **Original Owner:** | MALLORY M GETTY |

## Vehicle Sale Information

| | | | |
|---|---|---|---|
| **Selling Dealer:** | 41080 - CARL BURGER DODGE CHRYSLER JEE | **Sales Type:** | 1 - DIRECT RETAIL |
| **City:** | LA MESA | **State/Prov.:** | |

 **CHRYSLER**

**CARL BURGER DODGE CHRYSLER JEE**

8355 HERCULES ST

LA MESA, CA 919422921

Phone : 619 463-9321



## Mopar Vehicle Protection Eligibility Report

**Customer Name :**  MALLORY M GETTY

8635 MELLMANOR DR APT D

LA MESA, CA, US 919423147

**Telephone :**

**VIN :** 3C6UR5FL4JG417857

**Vehicle :** 2018 RAM 2500 LARAMIE CREW CAB 4X4

**Mileage :** 30083 miles

**Warranty Code :** 536

**Sales Type :** 1 - DIRECT RETAIL

## Eligible Plans

| Option | Description | Deduct [USD] | Months | Miles | Services | MSRP [USD] | Price [USD] | Payment* [USD] |
|---|---|---|---|---|---|---|---|---|
| AACP3N | AUTO APPEARANCE CARE - 3 YEARS $0 DEDUCTIBLE (ANYTIME SALE) | 0.00 | 36 | 0 | 0 | 450.00 | 488.25 | N/A |
| CALTIREOEM | OEM TIRES | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE330 | CALIBRATION TIRE SIZE 33 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE335 | CALIBRATION TIRE SIZE 33.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE340 | CALIBRATION TIRE SIZE 34 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE345 | CALIBRATION TIRE SIZE 34.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE350 | CALIBRATION TIRE SIZE 35 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE355 | CALIBRATION TIRE SIZE 35.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE360 | CALIBRATION TIRE SIZE 36 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE365 | CALIBRATION TIRE SIZE 36.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE370 | CALIBRATION TIRE SIZE 37 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE375 | CALIBRATION TIRE SIZE 37.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE380 | CALIBRATION TIRE SIZE 38 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE385 | CALIBRATION TIRE SIZE 38.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE390 | CALIBRATION TIRE SIZE 39 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE395 | CALIBRATION TIRE SIZE 39.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE400 | CALIBRATION TIRE SIZE 40 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE405 | CALIBRATION TIRE SIZE 40.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE410 | CALIBRATION TIRE SIZE 41 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |
| CALTIRE415 | CALIBRATION TIRE SIZE 41.5 | 0.00 | 2 | 0 | 0 | 125.00 | 135.62 | N/A |

1. Eligibility is determined by selling dealer state, ownership, sale date, vehicle make and model, odometer mileage, vehicle equipment, warranty coverage, existing Mopar Vehicle Protection Plans and other factors. Change in vehicle, ownership or warranty status may change eligibility. Eligibility is subject to change without notice.

2. * = Payment is based on a 12 month payment plan with a USD500.00 down payment.

# VEHICLE INSPECTION FORM

**Carl Burger Dodge Chrysler Jeep Ram World**
8355 Hercules Street
La Mesa CA 91942

Service Main: 619-462-2535
Service Fax: 619-697-1530

Mallory                    239-898-9733

| Customer Name: | | Phone: | | Date: | |
|---|---|---|---|---|---|
| Year: | Make: | Model: | VIN: JG417857 | | |
| Odometer Reading: 30,083 | | Color: | | Notes: | |

_____          _____
Customer Signature                    Service Advisor



**Front**

Drivers Left side · Passenger Right side

**Rear**

| | |
|---|---|
| ☐ | Deep Scratch |
| ☐ | Dents/Dings |
| ☐ | Wheel Damage |
| ☐ | Oxidation |
| ☐ | Clear Coat Failure |
| ☐ | Bird Dropping |
| ☐ | Rough Paint |
| ☐ | Paint Transfer |
| ☐ | Paint Chip |
| ☐ | Glass Chip |
| ☐ | Glass Scratch |
| ☐ | Water Spots |
| ☐ | Swirls /Holograms |
| ☐ | Side Swipe |
| ☐ | Curve Rash |
| ☐ | Gouges/Crease |
| ☐ | Loose Molding |
| ☐ | Other/Unknown Damage |

No Device

Radio Intecm. Device Not Supported

**Order Number:*** 0421C2   **Part Number:*** 6839818IAA   Search   Clear

*- Required Field

**Part Ordered:** 6839818IAA

## Part Attributes

| | | **Order Information** | | **Pricing Information** | |
|---|---|---|---|---|---|
| **Part Noun:** | WIRING | **Order Type:** | Special | **Dealer Net:** | 57.15 |
| **Part Description:** | | **Order Status Description:** | CLOSED | **Dealer Discount:** | 0.00 |
| **Ruling:** | | **Order Master Control Number:** | 84115418 | **Price After Discount:** | 57.15 |
| **Part Return Eligibility:** | | **Line Number:** | 1 | **Tariff:** | |
| **MSQ:** | 1 | **Order Quantity:** | 1 | | |
| | | **Order Date:** | Apr 21, 2021 | | |
| | | **Delivery Option:** | | | |
| | | **Source:** | S30574G | | |

## Additional Information

**VIN:** 3C6UR5FL4JG417857

## Part Comments:

## Delivered - 6839818IAA

| **Quantity:** | 1 | **Shipper Number:** | 3062157 | **Delivered Date:** | Apr 26,2021 |
|---|---|---|---|---|---|
| **Date:** | | **Servicing PDC:** | 03110-CENTRLNE | **Description:** | RCVD AT DLR |
| **Invoice Number:** | W-00237069 | **Carrier:** | UNITED PARCEL SERVICE COMPANY | **Arrival Date:** | Apr 26,2021 |
| **Invoiced Date:** | Apr 26,2021 | **Trailer/BOL:** | | **Premium Transportation Charges:** | 0.00 |
| **Dealer Net:** | 57.15 | **Tracking Number:** | 1Z459978023362814 | **Mode Code:** | NS3 |
| **Discount(%):** | 0 | | | | |
| **Price After Discount:** | 57.15 | | | | |

**Note:**
Thank you for your Business.

**Order Number:\*** 0414C4   **Part Number:\*** 68328704AD   Search   Clear

\* - Required Field

**Part Ordered:** 68328704AD

## Part Attributes

| | |
|---|---|
| **Part Noun:** | MEDIA HUB |
| **Part Description:** | |
| **Ruling:** | |
| **Part Return Eligibility:** | |
| **MSQ:** | 1 |

### Order Information

| | |
|---|---|
| **Order Type:** | Special |
| **Order Status Description:** | CLOSED |
| **Order Master Control Number:** | 84046130 |
| **Line Number:** | 1 |
| **Order Quantity:** | 1 |
| **Order Date:** | Apr 14, 2021 |
| **Delivery Option:** | |
| **Source:** | S30574G |

### Pricing Information

| | |
|---|---|
| **Dealer Net:** | 92.05 |
| **Dealer Discount:** | 0.00 |
| **Price After Discount:** | 92.05 |

## Additional Information

**VIN:** 3C6UR5FL4JG417857

## Part Comments:

## Delivered - 68328704AD

| | |
|---|---|
| **Quantity:** | 1 |
| **Date:** | |
| **Invoice Number:** | W-00236867 |
| **Invoiced Date:** | Apr 15,2021 |
| **Dealer Net:** | 92.05 |
| **Discount(%):** | 0 |
| **Price After Discount:** | 92.05 |

| | |
|---|---|
| **Shipper Number:** | 2442833 |
| **Servicing PDC:** | 03176-LOS ANGELES |
| **Carrier:** | EXPERT DELIVERY SERVICE |
| **Trailer/BOL:** | |
| **Tracking Number:** | |

| | |
|---|---|
| **Delivered Date:** | Apr 15,2021 |
| **Description:** | DLVD-DLR-DDS |
| **Arrival Date:** | |
| **Premium Transportation Charges:** | 0.00 |
| **Mode Code:** | |

**Note:**
Thank you for your Business.

RO # 550547

T 2116

8355 Hercules St
La Mesa CA 91942
6196678302

# FCA-VEHICLE USE AGREEMENT
Advisor: **Jesse Garcia**
### FACE PAGE

## CUSTOMER INFORMATION

Customer
**MALLORY HICKS**

Home Address
**8635 MELLMANOR DR APT D**

| City **LA MESA** | State **CA** | Zip **91942** |
| --- | --- | --- |

| Driver's License No. **H200553928730** | State **CA** | Expires **10/13/2022** |
| --- | --- | --- |

Birth Date **10/13/1992**     Telephone **239-898-9733**

**ONLY THE BELOW NAMED PERSONS ARE AUTHORIZED AS ADDITIONAL DRIVERS. IF NONE, PRINT "NONE" ACROSS THIS SECTION AND HAVE SIGNED BY CUSTOMER.**

Additional Driver's Name **NONE**    Birth Date

| Driver's License No. | State | Expires |
| --- | --- | --- |

Additional Driver's Name **NONE**    Birth Date

| Driver's License No. | State | Expires |
| --- | --- | --- |

## CUSTOMER INSURANCE INFORMATION

Insurer **Image on File**    Policy No.    Expiration Date

Agent    Telephone

Insured Vehicle Year/Make/Model/Color

License No. **3C6UR5FL4JG417857**    State

☐ **PERMISSION TO TOW TRAILER WITH LOAD CAPACITY IN EXCESS OF 2,000 POUNDS; NOT TO EXCEED MANUFACTURER'S WEIGHT SPECIFICATIONS.**

You are required to return the Vehicle with at least the same amount of fuel as when rented. If you do not return the Vehicle with at least the same amount of fuel; you will pay us a refueling fee of $ _____ plus fuel @ $_____ per gallon.

Unless otherwise noted, any daily rate is based on a 24-hour period.

____ By initialling here, you acknowledge that: (a) we may activate electronic surveillance technology to locate the Vehicle if it is not returned within 72 hours of the contracted return date or extension of that date; and (b) that you were orally advised that we may activate electronic surveillance technology as described in (a).

**Warning:** We may report the Vehicle as stolen if you fail to return it within 72 hours after the expiration of this Vehicle Use Agreement.

If you do not return the Vehicle when scheduled, your preferred method of contact is: ____Email address provided below. ____Voice message to number on file ____Text message to number on file
You agree to receive electronic communications from us at the following email address:

⚠**WARNING: Operating, servicing and maintaining a passenger vehicle or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.**

The following are "Prohibited Uses": Use by an unauthorized driver; smoking, vaping or use of tobacco products in the Vehicle; use of the Vehicle by anyone under the influence of alcohol or prescription or non-prescription drugs; and carrying persons or property for hire or providing transportation network company or other transportation services. See Paragraph 6 of the Terms and Conditions for other Prohibited Uses and additional information.

By signing below, you: agree to the terms and conditions of this Agreement set forth on this Face Page, the Vehicle Condition Report, and all pages of the Vehicle Use Terms and Conditions; acknowledge that you had an opportunity to read the entire Agreement before signing; acknowledge that we may process a separate payment card voucher in your name for all Charges, including Tolls and Violations and to release your billing/rental card information to third parties for billing/processing and other legitimate purposes; permit us to reserve against your payment card the amount noted in the Charges column; agree that binding consideration exists, as further described in Section 2 of the Terms and Conditions of this Agreement; and authorize us to adjust your payment card account to reflect changes in amounts due or overpaid as a result of our final audit. **ALL CHARGES SUBJECT TO FINAL AUDIT**

Customer _____

## VEHICLE INFORMATION

| RO# **550547** | Unit# **2025004** | RA# **A2244** |
| --- | --- | --- |

Service Name    PO

| Date and time **4/14/2021** | OUT **10:22 AM** | Date and time **4/30/2021** | IN **9:00 AM** |
| --- | --- | --- | --- |

| Date and time **4/15/2021** | DUE IN **10:22 AM** | | |
| --- | --- | --- | --- |

Vehicle VIN **2C4RC1CG7LR113290**

| License No. **8NWC770** | State **CA** |
| --- | --- |

| Year **2020** | Make **Chrysler** |
| --- | --- |

| Model **Voyager** | Color **WHITE** |
| --- | --- |

Tag #

Miles Allowed

| Mileage OUT **6200** | Mileage IN **6431** |
| --- | --- |

| Miles Driven **231** | Chargeable Miles **231** |
| --- | --- |

### FUEL

| | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| IN | F | 7/8 | 3/4 | 5/8 | 1/2 | 3/8 | 1/4 | 1/8 | E |
| OUT | F | 7/8 | 3/4 | 5/8 | 1/2 | 3/8 | 1/4 | 1/8 | E |

| RATES DO NOT INCLUDE FUEL | CHARGES |
| --- | --- |
| HOURS: _____ @ $_____ PER HOUR | 20.00 |
| DAYS: __16__ @ $35.00 | 560.00 |
| WEEKS: _____ @ $_____ | |
| MILES: __231__ @ _____ c PER MILE | |
| **TOTAL TIME & MILEAGE CHARGES** ▶ | |
| TAXABLE FUEL _____ GAL. @ $_____ | |
| VEH. LIC. COST REC. FEE | |
| **TAXABLE SUB-TOTAL** ▶ | |
| TAX @ _____% | |
| NON-TAXABLE FUEL _____ GAL. @ $_____ | |
| VEH. LIC. COST REC. FEE | |
| ESTIMATED TOTAL CHARGES | 560.00 |
| NET DUE CUSTOMER DEPOSIT / REFUND / OTHER | |
| SUB-TOTAL | |
| **TOTAL CHARGE** ▶ | 560.00 |

METHOD OF PAYMENT
$ _____ ☐ CHECK ☐ AMEX ☐ MC
EXPIRES ☐ VISA ☐ OTHER
# _____
☐ CARD VERIFIED

REFUNDED
$ _____
CUSTOMER INITIALS
X _____

FCA-CA-4

## Maria Hernandez

**From:** Aaron Sims <aaron.sims@stellantis.com>
**Sent:** Wednesday, May 19, 2021 10:19 AM
**To:** Phil Caudillo
**Cc:** Adam Smiarowski; Daniel Flores; Maria Hernandez
**Subject:** Re: VIN#3C6UR5FL4JG417857 Mileage 30192

See below:



AT&T 🗢                    10:18 AM                    94%

AA        🔒 webprod.extra.chrysler.com                 ↻

VIN: 3C6UR5FL4JG417857          CLAIM TYPE : W - Warranty  ▼          Retrieve

**Existing Notes:**

**Notes**                                                    Date          TID
TA APPROVES RENTAL FOR 16 DAYS AT 35$ PER DAY, TOTAL OF $560   2021-05-19    T6675AS
DOLLARS.

**Add New**

[ Save ]  [ Reset ]  [ Close ]

On Wed, May 19, 2021 at 10:13 AM Phil Caudillo <philc@carlburger.com> wrote:

      Good morning Aaron and Adam,

  Can you please help me with DM Notes for the rental(part delay and Area Tech Rep Help)? 16 Days at $35/Day= $560.00.

Thank you,


Phil Caudillo

Service Director

philc@carlburger.com

619.667.8265




**From:** Phil Caudillo
**Sent:** Thursday, May 6, 2021 9:28 AM
**To:** 'Adam Smiarowski' <adam.smiarowski@stellantis.com>
**Cc:** Aaron Sims <aaron.sims@stellantis.com>; Daniel Flores <danielf@CarlBurger.com>
**Subject:** RE: VIN#3C6UR5FL4JG417857 Mileage 30192


  Thank you Adam !


Phil Caudillo

Service Director

philc@carlburger.com

619.667.8265



**From:** Adam Smiarowski <adam.smiarowski@stellantis.com>
**Sent:** Thursday, May 6, 2021 8:57 AM
**To:** Phil Caudillo <philc@CarlBurger.com>
**Cc:** Aaron Sims <aaron.sims@stellantis.com>; Daniel Flores <danielf@CarlBurger.com>
**Subject:** Re: VIN#3C6UR5FL4JG417857 Mileage 30192

ETA is May 10.

**Order Number:**\*  D504C2        **Part Number:**\*  6VR96TX7AB

\* - Required Field

| Part Ordered: | 6VR96TX7AB |
|---|---|

## Part Attributes
**Part Noun:**                        ARMREST
**Part Description:**
**Ruling:**
**Part Return Eligibility:**
**MSQ:**                               1

## Order Information
**Order Type:**
**Order Status Description:**
**Order Master Control Nur**
**Line Number:**
**Order Quantity:**
**Order Date:**
**Delivery Option:**
**Source:**

## Additional Information
**VIN:**                        3C6UR5FL4JG417857

## Part Comments:

## Backorder - 6VR96TX7AB
| **Quantity:** | 1 | **Shipper Number:** | 4131436 |
|---|---|---|---|
| **Date:** | | **Servicing PDC:** | 03176-LOS ANGELES |



| May 27, 2021 | **FCA US LLC Global Claim Acknowledgement** | 3:23 PM |
|---|---|---|

| **Currency:** USD | | **Dealer:** 41080 | **Status:** Paid |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Claim Number:** | 550547 | **Odometer:** | 30083 | **In Service Date:** | Jul 8, 2019 |
| **Warranty Coverage Code:** | 536 | | | | |
| **VIN:** | 3C6UR5FL4JG417857 | **Service Advisor:** | 50989B | **Process Date:** | May 27, 2021 |
| **Claim Type:** | W-Warranty | **Continuation:** | NO | **List Number:** | 2021061 |
| **Submission Type:** | R-Resubmission | **Prior Claim:** | | **Reference Number:** | 0165183 |
| **Date Received:** | Apr 14, 2021 | **Authorization Number:** | IA11077110527 | | |
| **Date Completed:** | Apr 29, 2021 | **Owner's Name:** | | | |
| **Vehicle Description:** | 2018-RAM 2500 LARAMIE CREW CAB 4X4 | | | | |

| **Condition:** | 1 of 1 | **Technician Identification:** | 5468393835 | **Name:** | Jim Fangman |
|---|---|---|---|---|---|

| Line | Part Number | Description | Failed Part | Quantity | Extended Amount | Mark-up Amount |
|---|---|---|---|---|---|---|
| P1 | 68328704AD | MEDIA HUB | X | 1 | 92.05 | 76.06 |
| P2 | 68398181AA | WIRING | | 1 | 57.15 | 47.22 |

| Line | LOP | Description | Failure Code | Hours | Amount |
|---|---|---|---|---|---|
| L1 | 08907521 | Wiring harness, body | | 0.7 | 98.32 |
| L2 | 08602401 | Hub, media center - SD/USB - auxiliary port | 18 | 0.4 | 56.18 |
| L3 | 85LOAN00 | Loaner Car | | 0.0 | 0.00 |

Straight Time Narrative : 0421C2 68398181AA S / 0414C4 68328704AD S

| Line | Special Service Description | Document Number | Days | Amount |
|---|---|---|---|---|
| S1 | Loaner-Chrysler Low Line | 2025004 | 15 | 525.00 |

| **Total Parts** | **Total Labor** | **Total Special Service** | **Pre-Tax Total** |
|---|---|---|---|
| 272.48 | 154.50 | 525.00 | 951.98 |

**Claim Narrative:**

CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN WILL DI

SPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED

CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED WHEN VEHICLE IS FI

RST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES IN SYSTEM

CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH ARE WORKING ON

USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL NOT WORKING, TESTED WI

RING TO MEDIA PORT IN SEAT CENTER STORAGE AREA HAS OPEN IN WIRING, REPLACED F

LOOR CONSOLE WIRING AND RE TESTED, SYSTEM STILL NOT WORKING CORRECTLY, PERFOR

MED RADIO RE SET, NO CHANGE, CHECKED WIRING FROM MEDIA PORT TO RADIO COULD NO

T FIND ANY ISSUES THAT WOULD CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE#

101892606, CASE IS PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED

AT THIS TIME

|  | Net Amount | Tax Amount | Net + Tax |
|---|---|---|---|
| **Total Part:** | 149.20 | 0.00 | 149.20 |
| **Total Part Mark-up:** | 123.28 | 0.00 | 123.28 |
| **Total Labor:** | 154.50 | 0.00 | 154.50 |
| **Total Special Service:** | 0.00 | 0.00 | 0.00 |
| **Repair Sub Total:** | 426.98 | 0.00 | 426.98 |
| **Deductible Amount(-):** | 0.00 | 0.00 | 0.00 |
| **Dealer Adjustment(-):** | 0.00 | 0.00 | 0.00 |
| **Repair Total:** | 426.98 | 0.00 | 426.98 |
| **Loaner/Towing Amount:** | 525.00 | 0.00 | 525.00 |
| **Claim Total:** | 951.98 | 0.00 | 951.98 |
|  |  | **Actual Amount:** | **951.98** |

## Message Code Information

### Dealer Correctable Message Codes

| Message Level | Line | Message Code | Message Code Description |
|---|---|---|---|

### Authorization Required Message Codes

| Message Level | Line | Message Code | Message Code Description |
|---|---|---|---|
| Claim |  | RB4 | Claim requires corporate review |
| Condition-1 |  | SR7 | Loaner amount requested excessive |
| Condition-1 | L-1 | SR2 | Loaner days exceed the maximum limit allowed |

### Informational Message Codes

| Message Level | Line | Message Code | Message Code Description |
|---|---|---|---|
| Claim |  | MA2 | Claim adjusted |
| Claim |  | SW3 | Dealer was in the Base SmartWarranty group at the time of the repair |
| Condition-1 | L-1 | MR1 | Loaner car days appear excessive, provide part order details and ensure LOP 85-LO-AN-00 is claimed |
| Condition-1 | L-1 | RA3 | Loaner car requires authorization |
|  |  |  | Prior Claim Number : 147340 |
|  |  |  | Prior List Number : 2020122 |
|  |  |  | Repairing Dealer Code : 27102 |
|  |  |  | Prior Claim Number : 153068 |
|  |  |  | Prior List Number : 2021031 |
|  |  |  | Repairing Dealer Code : 27102 |

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

CUSTOMER #: 1811405                 **550547**

INVOICE

MALLORY M GETTY
8635 MELLMANOR DR APT D                          PAGE 1
LA MESA, CA 91942
HOME:239-898-8733 CONT:239-898-8733
BUS:              CELL:239-898-8733
SERVICE ADVISOR: 640 GABRIEL GAITAN

FIVE STAR ★★★★★

DODGE  CHRYSLER  Jeep  RAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS:   SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN
    WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED

CAUSE: E
    08907521 WIRING HARNESS BODY TEST AND REPLACE
        CONSOLE FLOOR TUNEL'
        389 FANGMAN,JAMES LIC#: 7624
                    WN                                                      (N/C)
    1 68328704AD MEDIA HUB-HUB                                              (N/C)
    1 68398181AA WIRING-CONSOLE                                            (N/C)
    08602401 HUB MEDIA CENTER SD/USB TEST AND REPLACE
        389 FANGMAN,JAMES LIC#: 7624
                    WN                                                      (N/C)
PARTS:    0.00  LABOR:        0.00  OTHER:      0.00   TOTAL LINE A:      0.00
CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED WHEN
VEHICLE IS FIRST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES IN
SYSTEM,CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH
ARE WORKING ON USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL
NOT WORKING, TESTED WIRING TO MEDIA PORT IN SEAT CENTER STORAGE AREA
HAS OPEN IN WIRING, REPLACED FLOOR CONSOLE WIRING AND RE TESTED, SYSTEM
STILL NOT WORKING CORRECTLY, PERFORMED RADIO RE SET, NO CHANGE, CHECKED
WIRING FROM MEDIA PORT TO RADIO COULD NOT FIND ANY ISSUES THAT WOULD
CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE# 101892606, CASE IS
PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED AT THIS TIME
(JF)

    ********************************************************
B INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION
    COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES
    PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND
    SUCCESSFULLY COMPLETED.
    TP INSPECT AND ADJUST TIRE PRESSURE TO DOOR
        PLACARD, IN ADDITION COMPLETION OF THIS
        ASSURES THAT THE REPAIRS AND SERVICES
        PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED
        TECHNICIAN AND SUCCESSFULLY COMPLETED.

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | * HAZARDOUS WASTE DISPOSAL COSTS: | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ Telephone<br>☐ Fax (See Attached)<br>☐ E-mail (See Attached) | We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ Telephone | | PARTS AMOUNT | |
| $ | $ | | | ☐ Fax (See Attached)<br>☐ E-mail (See Attached) | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| RF_____psi LF_____psi RR_____psi LR_____psi | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.** | WASTE DISPOSAL COSTS * | |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect any replaced parts as requested by you. | | | | | ☐ Some Parts Not Returnable | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC (01/17) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY - CALIFORNIA - 96980        B.A.R. REG.# ARD-263137              EPA# 90-0524885

**CUSTOMER COPY**

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

CUSTOMER #: 1811405                    550547

INVOICE

MALLORY M GETTY
8635 MELLMANOR DR APT D                     PAGE 2
LA MESA, CA 91942
HOME:239-898-8733 CONT:239-898-8733
BUS:            CELL:239-898-8733    SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

```
LINE OPCODE TECH TYPE HOURS                         LIST      NET    TOTAL
          389 FANGMAN,JAMES LIC#: 7624
              IHOME                                                  (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE B:     0.00
  SET ALL TIRE PRESSURES TO THE DOOR PLACARD.
          *******************************************************
C PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE
      FLUID CONDITION AND LEVELS
    2600 PERFORM VISUAL VEHICLE INSPECTION PER CHECK
          SHEET, INSPECT AND ADVISE FLUID CONDITION
          AND LEVELS
          389 FANGMAN,JAMES LIC#: 7624
              IHOME                                                  (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE C:     0.00
          *******************************************************
D** *****RENTAL CAR DURING REPAIRS*****
CAUSE: E
      R *****RENTAL CAR DURING REPAIRS*****
          999    WN                                                 (N/C)
SUBL RENTAL PO#289597
                 WN                                                 (N/C)
SUBL RENTAL
              ISR                                                   (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:     0.00
  WORKING WITH STAR CASE #101892606 FROM APRIL 15TH THREW 21ST. ORDER
  PART # 68398181AA APRIL 21ST THREW APRIL 26
          *******************************************************
```

WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
FEEL FREE TO CONTACT PHIL CAUDILLO AT
(619)667-8265
THANK YOU AGAIN FOR YOUR BUSINESS

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
 RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.    Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect any replaced parts as requested by you.

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY - CALIFORNIA - 96960

**CUSTOMER COPY**

B.A.R. REG.# ARD-263137          EPA# 90-0524885

CUSTOMER #: 1811405      **550547**

**CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY      WORKORDER
8635 MELLMANOR DR APT D      REPRINT
LA MESA, CA 91942      PAGE 1
mally177@gmail.com
HOME:239-898-8733 CONT:239-898-8733    B.A.R. REG.# ARD-263137     EPA# 90-0524885
BUS:      CELL:239-898-8733    SERVICE ADVISOR: 640 GAITAN,GABRIEL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 14APR2021 09:56 | 13MAY2021 06:50 | ENG:6.7_Liter_Turbo TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | 08 | 389 | WN | CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED |
| # B | TP | 389 | IHOME | INSPECT AND ADJUST TIRE PRESSURE TO DOOR PLACARD, IN ADDITION COMPLETION OF THIS ASSURES THAT THE REPAIRS AND SERVICES PERFORMED HAVE BEEN INSPECTED BY A QUALIFIED TECHNICIAN AND SUCCESSFULLY COMPLETED. |
| # C | 2600 | 389 | IHOME | PERFORM VISUAL VEHICLE INSPECTION PER CHECK SHEET, INSPECT AND ADVISE FLUID CONDITION AND LEVELS |
| # D | *R | 999 | WN | *****RENTAL CAR DURING REPAIRS***** |

EPA – CAD981368566

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. TEARDOWN/REASSEMBLY:If you authorize teardown of the vehicle or commencement of repairs, but do not authorize completion of a repair or service, a charge may be imposed for teardown, reassembly or partially completed work and you agree to pay the same.

It is necessary to disassemble the vehicle to provide an estimated price for repairs. The estimated teardown and reassembly charge (including parts and labor) is $_____.
The maximum time for reassembly will be _____. X _____
You understand that disassembly may prevent restoration of the vehicle to its former condition. X_____

☐ SUBLET REPAIRS: Some repairs may be sublet due to the type of service required. The location will be disclosed upon request.
PAYMENT TERMS: I agree to pay for all labor and materials in Cash or approved credit card (unless the Dealership agrees to other payment arrangements in advance) simultaneously with delivery of the vehicle to me or 3 days after receiving notice that the vehicle is ready to be picked up. An express mechanics lien is hereby acknowledged on the vehicle to secure the cost of labor, materials, storage and/or towing charges. I understand that a storage charge equal to $____ will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 days from the date I am notified that the repairs have been completed or after the commencement of an estimate if I fail to authorize repairs.
POWER-OF-ATTORNEY: I hereby appoint the Dealership as my attorney-in-fact and authorize it to sign my name upon any checks, drafts or other forms of payment issued in payment of this Repair Order. X _____
By Signing Below: I agree that: (1) I have read this Repair Order and I authorize the completion of the services/repairs listed above in accordance with the terms and conditions herein; (2) the Dealership is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control; (3) the Dealership may operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle; and (4) I authorize the retrieval of on-board data as needed to facilitate vehicle repairs and the sharing of that data with the vehicle manufacturer for diagnostic or research purposes.

Customer _____ Date _____
DealerCAP 2014 CDK Global, LLC (01/17) WORKORDER TYPE 2 - SW2C - Limited Warranty - CALIFORNIA - 9694522

PARTS: All parts are new unless otherwise indicated. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. You may inspect all parts removed from the vehicle upon request. If our Dealership does not have to return the parts to the manufacturer or distributor under a warranty arrangement and they are not exempt due to their size, weight or other factors, they will be returned to you upon request.

☒ Some Parts Not Returnable   ☐ Please Save Replaced Parts
ESTIMATE: PLEASE CHOOSE THE KIND OF ESTIMATE YOU WANT TO RECEIVE BY INITIALING BESIDE ONE OF THE FOLLOWING CHOICES AND INDICATE THE BEST WAY TO CONTACT YOU IF NECESSARY.
_____WRITTEN ESTIMATE _____ORAL ESTIMATE _____ELECTRONIC EST.
By Telephone at:_____      By Fax to:_____
By E-mail to:_____

PRELIMINARY ESTIMATE $_____
DESIGNATION OF PERSON TO AUTHORIZE ADDITIONAL WORK OR PARTS.
I hereby designate the individual named below to authorize any additional work not specified or parts not included in the original written estimated price for parts and labor:
Name of Designee:_____    Phone Number:_____
Fax Number:_____    E-Mail Address:_____
Customer:_____    Date:_____

| | | | | Authorization Obtained By: |
|---|---|---|---|---|
| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

I acknowledge notice and oral approval of an increase in the original estimated price.
(signature or initials)      (date)

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**
HARD COPY

CUSTOMER #: 1811405                     **550547**                    **CARL BURGER**
                                                              DODGE · CHRYSLER · JEEP · RAM WORLD
                                        WARRANTY                    8355 HERCULES STREET
                                                                   LA MESA, CA 91942
MALLORY M GETTY                                                       (619) 463-9321
8635 MELLMANOR DR APT D
LA MESA, CA 91942                        PAGE 1
HOME:239-898-8733 CONT:239-898-8733
BUS:               CELL:239-898-8733    SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 08JUL19 DD | | | 17:00 13MAY21 | | OP | | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|---|---|---|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo<br>TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THAT AT TIMES RADIO WILL NOT CONNECT TO PHONES SCREEN
        WILL DISPLAY DEVICE NOT SUPPORTED AND NO DEVICE CONNECTED
CAUSE: E
        08907521 WIRING HARNESS BODY TEST AND REPLACE
              CONSOLE FLOOR TUNEL'
              389 FANGMAN,JAMES LIC#: 7624
                      WN   0.70                                      98.32      98.32
              1 68328704AD MEDIA HUB-HUB              168.11    168.11    168.11
              1 68398181AA WIRING-CONSOLE             104.37    104.37    104.37
        08602401 HUB MEDIA CENTER SD/USB TEST AND REPLACE
              389 FANGMAN,JAMES LIC#: 7624
                      WN   0.40                                      56.18      56.18
                              14920      27248 TPARTS
                               3080      15450 TLABOR

TECH:    389 ACTUAL HRS.:   6.13    SOLD HRS.:    1.1

SALE-LBR:  154.50 PTS:  272.48 MSC:    0.00 LUB:    0.00 SUB:    0.00 TOTAL   426.98
COST-LBR:   30.80 PTS:  149.20 MSC:    0.00 LUB:    0.00 SUB:    0.00 TOTAL   180.00

30083 CHECKED FOR CAUSE OF RADIO DISPLAYING DEVICE NOT SUPPORTED
WHEN VEHICLE IS FIRST STARTED, CHECKED FOR FAULT CODES NO FAULT CODES
IN SYSTEM,CHECKED OPERATION OF USB PORTS BOTH ARE WORKING BUT THEY BOTH
ARE WORKING ON USB PORT 2 NOT ONE AND TWO, REPLACED MEDIA PORT, STILL
NOT WORKING, TESTED WIRING TO MEDIA PORT IN SEAT CENTER STORAGE AREA
HAS OPEN IN WIRING, REPLACED FLOOR CONSOLE WIRING AND RE TESTED, SYSTEM
STILL NOT WORKING CORRECTLY, PERFORMED RADIO RE SET, NO CHANGE, CHECKED
WIRING FROM MEDIA PORT TO RADIO COULD NOT FIND ANY ISSUES THAT WOULD
CAUSE RADIO MESSAGE,CONTACTED STARR CENTER CASE# 101892606, CASE IS
PENDING, CUST HAD TO TAKE VEHICLE, PROBLEM IS NOT SOLVED AT THIS TIME
(JF)
                *******************************************
D** *****RENTAL CAR DURING REPAIRS*****
CAUSE: E

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By | Date & Time | Authorization Obtained By | | **HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone<br>☐Fax (See Attached)<br>☐E-mail (See Attached) | | | LABOR AMOUNT | |
| Revised Estimate | | | | ☐Telephone<br>☐Fax (See Attached)<br>☐E-mail (See Attached) | | | PARTS AMOUNT | |
| $ | $ | | | | | | GAS, OIL, LUBE | |
| | | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.** | SUBLET AMOUNT | |
| ☐Tire pressure check/inflation service was performed. | | | | | | | WASTE DISPOSAL COSTS * | |
| RF_____psi LF_____psi RR_____psi LR_____psi | | | | | | | TOTAL CHARGES | |
| ☐Customer declined tire pressure check/inflation service. Initials | | | | | | ☐Some Parts Not Returnable | LESS INSURANCE | |

By signing below, you acknowledge that you were notified of and authorized the
Dealership to perform the services/repairs itemized in this Invoice and that you received
and the opportunity to inspect any replaced parts as requested by you.

| | | | SALES TAX | |
|---|---|---|---|---|
| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - Si2C - "LIMITED WARRANTY - CALIFORNIA - 96860       B.A.R. REG.# ARD-263137              EPA# 90-0524885
                                        **WARRANTY COPY**

CUSTOMER #: 1811405        **550547**        **CARL BURGER**
DODGE · CHRYSLER · JEEP · RAM WORLD
WARRANTY
8355 HERCULES STREET
LA MESA, CA 91942
(619) 463-9321

MALLORY M GETTY
8635 MELLMANOR DR APT D
LA MESA, CA 91942        PAGE 2
HOME:239-898-8733 CONT:239-898-8733
BUS:      CELL:239-898-8733      SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:1811405 DLR:NONE |
|-------------|-------|------|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo TRN:DG7_6-Spd_Automatic_68RFE_Transmission |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET     TOTAL
        R *****RENTAL CAR DURING REPAIRS*****
        999     WN  0.00                                 0.00     0.00
                                          0       0 TPARTS
                                          0       0 TLABOR
SUBL RENTAL PO#289597
                WN                                       525.00   525.00

TECH:    999 ACTUAL HRS.:   0.00    SOLD HRS.:    0.00

SALE-LBR:   0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:  525.00 TOTAL  525.00
COST-LBR:   0.00 PTS:    0.00 MSC:    0.00 LUB:    0.00 SUB:  525.00 TOTAL  525.00

  30083 TA AARON SIMS AUTH# 16TH DAYS OF RENTAL AT 35 PER DAY TOTAL
  560.00 WORKING WITH STAR CASE #101892606 FROM APRIL 15TH THREW 21ST.
  ORDER PART # 68398181AA APRIL 21ST THREW APRIL 26
        *************************************************
                 WE HOPE WE TOOK CARE OF ALL YOUR VEHICLE
                 NEEDS. IF YOU HAVE ANY QUESTIONS PLEASE
                 FEEL FREE TO CONTACT PHIL CAUDILLO AT
                 (619)667-8265
                 THANK YOU AGAIN FOR YOUR BUSINESS

TECH:    389 ACTUAL HRS.:   6.13   SOLD HRS.:    1.1
TECH:    999 ACTUAL HRS.:   0.00   SOLD HRS.:    0.00

SALE-LBR: 154.50 PTS:  272.48 MSC:   0.00 LUB:    0.00 SUB:  525.00 TOTAL  951.98
COST-LBR:  30.80 PTS:  149.20 MSC:   0.00 LUB:    0.00 SUB:  525.00 TOTAL  705.00
```

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|------|-------|--------|----------|------|------|---------|-----|
| 04-14-21 | 15:31 | 15:58 | 0.45 | DW | 389 | A | |
| 04-15-21 | 14:41 | 16:01 | 1.34 | W | 389 | A | |
| 04-21-21 | 13:34 | 14:23 | 0.81 | DW | 389 | A | |
| 04-27-21 | 13:04 | 16:30 | 3.43 | DW | 389 | A | |
| 04-28-21 | 13:56 | 14:02 | 0.10 | W | 389 | A | |

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | **\*HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | LABOR AMOUNT | |
| Revised Estimate | | | | ☐Telephone ☐Fax (See Attached) ☐E-mail (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. | | | | | | SUBLET AMOUNT | |
| RF____psi LF____psi RR____psi LR____psi | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.** | WASTE DISPOSAL COSTS \* | |
| ☐ Customer declined tire pressure check/inflation service. | | | Initials | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized on this Invoice and that you received the opportunity to inspect any replaced parts as requested by you. | | | | | ☐Some Parts Not Returnable | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | **PLEASE PAY THIS AMOUNT** | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

CUSTOMER #: 1811405                    **550547**                    **CARL BURGER**
                                                            DODGE · CHRYSLER · JEEP · RAM WORLD
                                    WARRANTY                   8355 HERCULES STREET
MALLORY M GETTY                                                  LA MESA, CA 91942
8635 MELLMANOR DR APT D                                            (619) 463-9321
LA MESA, CA 91942                       PAGE 3
HOME:239-898-8733 CONT:239-898-8733
BUS:              CELL:239-898-8733    SERVICE ADVISOR: 640 GABRIEL GAITAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| PRV_Delmon | 18 | RAM 2500 | 3C6UR5FL4JG417857 | | 30083/30083 | T2110 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 08JUL19 DD | | | 17:00 13MAY21 | | | OP | 27MAY21 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:1811405 DLR:NONE |
|-------------|-------|----------|---------------------------|
| 09:56 14APR21 | 12:24 27MAY21 | ENG:6.7_Liter_Turbo TRN:DG7_6-Spd_Automatic_68RFE_Transmission | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|---|---|------|-----|-------|
| | 14:02 | 14:02 | | 0.00 | W | 389 | B | | | |
| | 14:02 | 14:02 | | 0.00 | W | 389 | C | | | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 55200 | 15450 | 3080 | | 57200 | 27248 | 14920 | |
| 55700 | 52500 | 52500 | | 11600 | 95198 | ******* | |

COST, SALE, & COMP TOTALS    70500    95198         0

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: |
|---|---|---|---|---|
| $ | $ | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| Revised Estimate | | | | ☐ Telephone ☐ Fax (See Attached) ☐ E-mail (See Attached) |
| $ | $ | | | |

☐ Tire pressure check/inflation service was performed.
RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.    Initials____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received the opportunity to inspect) any replaced parts as requested by you.

DATE        CUSTOMER SIGNATURE        AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**\* HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 154.50 |
| PARTS AMOUNT | 272.48 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 525.00 |
| WASTE DISPOSAL COSTS * | 0.00 |
| TOTAL CHARGES | 951.98 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 951.98 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/17) SERVICE INVOICE TYPE 2 - Si2C - "LIMITED WARRANTY - CALIFORNIA - 96950-1     B.A.R. REG.# ARD-263137     EPA # 90-0524885

WARRANTY COPY

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

On **June 29, 2021**, I served the foregoing document described as **DECLARATION OF MATTHEW M. PROUDFOOT IN SUPPORT OF FCA US LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446** on the interested parties in this action as set forth on the attached service list in the following manner:

**(  )**         **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

(  )         **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

(  )         **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

(  )         **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

(XXX)        **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to **eserviceFCA@mylemonrights.com; dbarry@mylemonrights.com; equinn@mylemonrights.com; lpascal@mylemonrights.com; cshumake@mylemonrights.com; mhoerman@mylemonrights.com; ahernandez@mylemonrights.com; jdaniels@mylemonrights.com; asmith@mylemonrights.com** pursuant to Civil Procedure §1010.6(a)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **June 29, 2021**, at Irvine, California.

_____
Heidi Dufour

**********************************************************************************
<u>SERVICE LIST</u>

**ATTORNEY FOR PLAINTIFF**
David N. Barry
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Tel: 310-684-5859
Fax: 310-862-4539

GATES, GONTER, GUY,
PROUDFOOT & MUENCH LLP
38 DISCOVERY, SUITE 200
IRVINE, CA 92618
(949) 753-0255

1